Pages 1 - 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable William Matthewman, Magistrate Judge

```
VIRGINIA JOHNSON,                )
                                 )
            Plaintiff,           )
                                 )
  VS.                            )        NO. 22-CV-81427-DMM
                                 )
MEDIGAP LIFE, LLC,               )
                                 )
            Defendant.           )
_____  )
```

West Palm Beach, Florida
Wednesday, November 30, 2022

**<u>TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS</u>**

 Digital Audio Recording 10:32 a.m. - 11:05 a.m. = 33 minutes

**<u>APPEARANCES:</u>**

For Plaintiff:

           KAUFMAN P.A.
           31 Samana Drive
           Miami, Florida 33133
     BY:  **AVI ROBERT KAUFMAN, ESQ.**

For Defendant:

           KABAT CHAPMAN & OZMER LLP
           171 17th Street Northwest, Suite 1550
           Atlanta, Georgia 30363
     BY:  **RYAN DAVID WATSTEIN, ESQ.**
         **MICHAEL S. QIN, ESQ.**

Transcribed By:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
Official Court Reporter

1  <u>**Wednesday - November 30, 2022**</u>                    <u>**10:32 a.m.**</u>

2                        <u>**P R O C E E D I N G S**</u>

3                        **---000---**

4       **THE COURT:**  All right.  Good morning, everybody.

5    Ken, let's call the case.

6       **THE CLERK:**  Calling Case Number

7    22-81427-CV-Middlebrooks, slash, Matthewman, Virginia Johnson,

8    on behalf of herself and others similarly situated, versus

9    Medigap Life, LLC.

10      **THE COURT:**  All right.  So this is a scheduling

11   conference via Zoom video teleconference.  We tried to hold it

12   yesterday, but counsel was having some issues -- one of the

13   counsel was having issues.  So today, hopefully, we can get

14   this scheduling conference over and done with.

15   Who do we have here on behalf of the plaintiff?

16      **MR. KAUFMAN:**  Good morning, Your Honor.  This is

17   Avi Kaufman on behalf of the plaintiff.

18      **THE COURT:**  All right.  And who do we have here on

19   behalf of the defendant?

20      **MR. WATSTEIN:**  Good morning, Your Honor.  This is

21   Ryan Watstein.  And my colleague, Michael Qin, is observing as

22   well.

23      **THE COURT:**  All right, Mr. Watstein.

24   And do you think you have your Internet connection under

25   control today?

1    **MR. WATSTEIN:**  Yeah.  Yeah, I do.

2        As I was explaining to -- to Mr. Zuniga, I was hardwired

3    at my office to a one-gigabyte AT&T connection.  You know, it's

4    just totally baffling, and I -- I sent a rage email to IT

5    afterward.  I'm at home today because today I wasn't taking any

6    risks.  I'm sitting next to my Wi-Fi router.

7        **THE COURT:**  All right.  Well, it sounds good -- it

8    sounds good this morning.  So I'm glad you were able to clear

9    that up.

10       I'm not -- we'll just go ahead, and I'll just start over.

11   I don't recall where I was yesterday.  I've had so many

12   hearings.

13       But let me just ask, Mr. Kaufman, does the plaintiff

14   anticipate adding any additional parties?

15       **MR. KAUFMAN:**  No.  At this time, we don't anticipate

16   adding any additional parties unless someone else is involved

17   as being involved in the calling activity.

18       I'll admit it's a little unclear, from the submission

19   regarding bifurcation, whether the calls -- whether the

20   defendant has taken the position that they made the calls or

21   someone affiliated with them made -- made the calls.

22       **THE COURT:**  All right.  Well, if you do need to add

23   any additional parties, just make sure you do that in a timely

24   manner under the scheduling order.

25       **MR. KAUFMAN:**  Understood, Your Honor.  Thank you.

1      **THE COURT:**  All right.  Mr. Watstein, anything -- do

2  you believe the defendant's going to be adding any additional

3  parties?

4      **MR. WATSTEIN:**  I don't anticipate that we would be

5  adding any additional parties, but we may -- to the extent we

6  do not move to compel arbitration, we will be adding a

7  counterclaim against the plaintiff for breach of contract

8  and -- and fraud.

9      **THE COURT:**  Okay.  All right.  So this is a TCPA

10  potential class action case.  There's a pending motion to

11  vacate the trial date and bifurcate discovery at

12  Docket Entry 12, there was a response at 14, and I'll be

13  addressing that motion today briefly.

14     Now, at the current trial setting, this case is set for a

15  two-week trial period beginning June 5th of 2023 with the

16  discovery cutoff of March 23rd, 2023, and a dispositive motion

17  cutoff date of April 6th of 2023.  And I'll be issuing an order

18  after this hearing which gives all the pretrial deadlines in

19  this -- in this case.

20     But on -- as far as this motion to vacate the trial date

21  and bifurcate the -- the discovery, what is the -- what is the

22  defendant seeking here?

23      **MR. WATSTEIN:**  Sure, Your Honor.

24     So just as a very basic background, slash, summary, you

25  know, this is a case in which the plaintiff filed a putative

 1   TCPA class action claiming that she was contacted without

 2   consent.

 3        Our client doesn't contact anyone without consent.

 4   They're a -- in a very niche area, Medigap -- Medicare gap

 5   insurance.  They only contact people who are interested in that

 6   very specific product, which is a very specific demographic.

 7        So it was unsurprising, when we investigated, to learn

 8   that there was a lead -- lead form submitted with the

 9   plaintiff's information and the plaintiff's phone number and an

10   IP address that geolocated to her remote area of Arkansas

11   requesting this information and providing express written

12   consent.

13        After we -- after we obtained that information from the

14   third-party lead generator, we dug in further and determined

15   that this same person submitted leads directly to our client's

16   Facebook page requesting information about Medicare gap

17   insurance on three separate occasions, each of which also

18   provided express written consent.

19        So our -- our position is very straightforward.  There is

20   no claim because there was an express opt-in.  The lead that

21   came in through the third party -- we believe there was also

22   consent to an arbitration provision.

23        We're still waiting on the arbitration terms from them,

24   which is the only reason why we haven't moved to compel

25   arbitration yet, which is why we've proposed, you know, that we

 1   would move to compel arbitration by December 10th if we confirm

 2   that, in fact, that arbitration provision existed, as we

 3   believe it did.

 4        But regardless of that, we know for a fact that we've got

 5   four leads that geolocate to her geographic area that provide

 6   consent, which is a dispositive defense that would resolve the

 7   entire case.

 8        And so what we have proposed is we be given a deadline to

 9   file a motion to compel arbitration and, if either we don't do

10   that or that's denied, we be given a very expedited period of

11   individual discovery that wouldn't slow the case down.

12        You know, we don't need more than 60 days.  We could do 90

13   days.  Then we'd move for summary judgment.  And if that

14   resolves the issue, then the case ends.  And if it doesn't,

15   then it proceeds.

16        But, you know, the proposal -- our proposal wouldn't

17   duplicate any efforts.  It's focused solely on individual

18   claims.  We're only asking for it because we have this -- what

19   we believe is dispositive evidence, which, by the way, we've

20   presented to plaintiff and plaintiff's counsel and asked for a

21   response.

22        We've provided all the lead information.  We asked for a

23   response by Monday before the hearing.  We've received nothing.

24   So right now, we have no rebuttal to the facts that we've

25   rolled out.

1      And in any event, you know, as we point out in our motion,

2  we handle a lot of TCPA class actions.  And in every single

3  case except one, in which I have been counsel, in a decade-plus

4  of doing this, and discovery has been bifurcated in this way,

5  class discovery has never been necessary either because we've

6  prevailed on summary judgment, the case settled, whatever

7  reason.

8      So my point is it has proven time and time again, in a

9  case like this, that it's extremely efficient, and it doesn't

10  have to slow the case down at all because it's expedited.  So

11  that's essentially the basis for our motion.

12      **THE COURT:**  All right.  Thank you, Mr. Watstein.

13      Mr. Kaufman, what about -- what about all that and the

14  allegation that your client consented to receive these texts?

15      **MR. KAUFMAN:**  Sure, Your Honor.

16      I'll start by saying we absolutely dispute the consent.  I

17  have no obligation to respond to Mr. Watstein's letter.  We

18  have a long history of going back and forth, and I don't find

19  it productive to engage with them on an informal basis because

20  it's never advanced our cases in any material way.  So I've

21  decided not to do that here because I'm under no obligation to

22  do so.

23      He's rolled out a motion with scant facts and without any

24  showing whatsoever that the process they used to allegedly

25  obtain consent from the plaintiff was any different from the

1    process they used to allegedly obtain consent from any other

2    putative class member.

3          There's no reason that the discovery they seek will be

4    different for class members as opposed to the plaintiff.

5    How -- how will we determine, with regard to the third-party

6    website and the validity of the consent, where the line is to

7    be drawn as to what's individual discovery versus what's class

8    discovery?

9          Are all email communications with the -- the operator of

10   that website class discovery or individual discovery?  There's

11   a series of -- or a series of uncertain lines to be drawn in

12   discovery of this nature.  When they're proposing individual

13   discovery, that's not going to be any different, with regard to

14   third parties, than the class discovery.

15         Notably, Your Honor --

16         **THE COURT:**  Let me ask you a question.  Let me just

17   ask you a question.  Maybe you can clarify it.

18         **MR. KAUFMAN:**  Sure.

19         **THE COURT:**  If what opposing counsel says is correct

20   and your client expressly consented to receive these texts, is

21   she an appropriate class representative?

22         **MR. KAUFMAN:**  No.  I agree, Your Honor.  If there's

23   consent, then she's not an appropriate class representative.

24   But if I understand Mr. Watstein correctly, what he's saying is

25   there's the same type of consent for every single putative

 1    class member.

 2         So to the extent that we intend to challenge the website

 3    operator's provision of consent, whether those interactions

 4    actually happened or not, we intend to do so on a class basis.

 5    We've done this in other cases.  We get a forensic Internet

 6    expert.  He analyzes web logs.  So -- so, again, that's another

 7    demonstration of a line of likely contention.

 8         When they say they have consent from the individual, we're

 9    going to want to see the web logs for the -- for website

10    operator for all of the consents they've provided to the

11    defendant because, in the past, we've seen certain patterns

12    that have allowed us to identify fraudulent consents and to

13    demonstrate, on a class-wide basis, that consent is

14    prospectively invalid.

15         So -- so these are the issues we see when they've made no

16    showing that the plaintiff's circumstance is different.  And

17    ironically, you know, to address a different point Mr. Watstein

18    made, he talks about bifurcation, how it won't require

19    duplication and how it won't slow down the case.

20         But, really, what he's proposed is really trifurcation.

21    It's, "Let's have a motion to compel arbitration.  Let's see

22    how that plays out.  If we lose on that, let's get another bite

23    at the apple on the individual claim.  We'll file a summary

24    judgment and other potentially dispositive motions.  If we lose

25    on that, there's got to be another discovery period and another

 1   set of dispositive motions."

 2        He's proposing, effectively, a series of three dispositive

 3   motions in a case that's set for trial seven months out and

 4   saying that it won't, in any way, delay the case.  So I don't

 5   understand how -- how that could possibly be so, particularly

 6   when, on the flip side, the risk of prejudice to the plaintiff

 7   is real.

 8        We don't know for certain whether or not Medigap itself

 9   made the calls or whether there was a third party.  It's

10   absolutely almost -- probably intentionally unclear, from the

11   submissions that the defendant made, who made the calls.  So

12   we're not in a position to obtain the call records, and we run

13   the risk that they're not being properly preserved.

14        Defendant can send as many preservation letters as it

15   wants.  But if they're implicating a vendor of theirs for

16   potentially violative conduct, there's no recourse if that

17   vendor says, "Oh, no" and destroys the records when they

18   receive a preservation notice from the defendant, and -- and

19   there's nothing the plaintiff can do.  TCPA class-action cases

20   have been won and lost on these preservation issues.

21        So we have an absolute concern that there will be

22   prejudice if we're not permitted to take class discovery at

23   this stage.  And there's been no showing that efficiency will

24   be promoted, that discovery disputes will be avoided, or that

25   there's anything different about the discovery that will be for

```
 1    plaintiff, that will be for other class members with regard to
 2    third parties.
 3         In fact, there's absolute overlap, and Mr. Watstein's
 4    proffer that there isn't just underscores the likelihood of
 5    discovery disputes over the needless line-drawing that would
 6    result from bifurcation -- or trifurcation, I guess, in this
 7    case.
 8         THE COURT:  All right.  Mr. Watstein, if you want to
 9    briefly respond, and we'll move on.
10         MR. WATSTEIN:  Sure.  That would be great.  So I'll
11    try to hit all the points very briefly.
12         On the point about trifurcation, that's not what we're
13    proposing.  In fact, if the Court would prefer to -- to just
14    set an individual discovery period, then that's fine.  We can
15    move forward with individual discovery at the same time that
16    our motion to compel arbitration is pending.
17         I have found, in my experience, that most courts don't
18    want to conduct and find it improper to conduct discovery when
19    there's a question about their jurisdiction, which -- of
20    course, the issue of an arbitration provision calls into
21    question the Court's jurisdiction.
22         That said, as long as the Court won't hold that we've
23    waived our right to arbitration by engaging in individual
24    discovery, we'd be fine with just proceeding with individual
25    discovery now.  And that's particularly --
```

1        **THE COURT:**  When do you -- when do you anticipate

2   filing your motion to compel arbitration?

3        **MR. WATSTEIN:**  December 10th.  I mean, it's -- that's

4   the date that we've proposed.

5        The only thing we're waiting on -- we have the consent

6   form already.  The only thing we're waiting on is the

7   arbitration terms from the third party.  Otherwise, we'd be

8   ready to file it now.  It's just, you know, sometimes it takes

9   time to get things from a big company --

10       **THE COURT:**  Okay.

11       **MR. WATSTEIN:**  -- and this lead generator happens to

12  be a large publicly traded company.

13       The -- I want to address the point about the idea that

14  there's absolute overlap.  That's completely false, as we

15  pointed out in our reply brief.  This client obtains leads from

16  dozens of different sources.  And all of those sources contain

17  different consent language, different procedures.

18       So this is absolutely not an issue that, if resolved as to

19  the named plaintiff, will somehow resolve the issue as to the

20  class.  That is absolutely not true, and that's particularly

21  true if their position is that this is a one-off instance of

22  fraud, which -- by the way, to address that point quickly, I

23  acknowledge that, in some of these cases, there's -- there are

24  potential issues of fraudulent leads.

25       And the reason why we know that didn't happen here is

1  because of the leads that came into our client's own Facebook

2  page.  The fraud arises when there are diffuse networks of

3  affiliates that have a financial incentive to potentially

4  generate fraudulent leads.

5      Our client was not paying for traffic.  Our client had a

6  Facebook web page, where people could come and request

7  communications.  The only way that that happens is if a human

8  being logs on and requests communications, which we have a

9  record of here.

10      To the point about the call records not being preserved,

11  it's my understanding that these calls were made by our client

12  or an owned affiliate of our client.  Our client is a

13  sophisticated multibillion-dollar company owned by Alliance.

14  They're not going to be destroying any records.  There's a

15  litigation hold in place, as you would expect.

16      And to the extent Mr. Kaufman wants to serve preservation

17  subpoenas on any lead generators, again, recognizing that this

18  lead came in directly to our client's own Facebook page, we

19  would have no objection to that.  And, in fact, in the last

20  couple cases in which courts have ordered bifurcation,

21  including just a couple weeks ago, that's what the Court's

22  done, send the preservation subpoena with a return date of six

23  months from now.

24      But, again, the call logs won't be destroyed because we're

25  in possession of those.

1        **THE COURT:**  All right.  So here's what -- I'm going to

2    take that under advisement for now, and I want to take a look

3    at your papers that the parties have filed and -- and go from

4    there.

5        Right now, we have a trial date of, as I said, June 5th,

6    2023 -- that's a two-week period -- before Judge Middlebrooks;

7    the discovery cutoff date March 23rd, '23; and the dispositive

8    motion cutoff date April 6th of 2023.  And I'll go ahead and

9    issue a written order after this -- after this hearing.  I want

10   to take a look a little bit further at the matter.

11       Now, let me talk a little bit about a few other things.

12   The sealing of documents -- here, in federal court, the sealing

13   of documents is the exception and not the rule.  The Court

14   requires substantial reasons to support any request for the

15   sealing of documents.

16       So motions to seal are decided on an individual basis, and

17   the bar is actually set very high for granting any such motion.

18   So if you do file a motion to seal, if you want to keep

19   something from public view, make sure that your motion is

20   thorough, detailed, well-researched because the Court does not

21   lightly seal matters.

22       In some cases, over the past several years, it seems like

23   parties or counsel want to seal almost every document in the

24   case.  And we're very fretful about what we seal and what we

25   don't allow sealings.  So just be aware of that.  An agreed

 1  motion to seal will not be sufficient.  So if you are going to

 2  move to seal anything, just make sure it's well-supported

 3  factually and legally.

 4       Now, one of the issues I always address at these

 5  scheduling conferences is the parties' ability, if they wish,

 6  to consent to Magistrate Judge jurisdiction.  All parties must

 7  agree.  Any party is free to withhold consent without ask --

 8  without any adverse consequences.

 9       I have many, many cases where the parties do consent.  I

10  have others where they don't.  It doesn't matter to me either

11  way.  I -- I tell lawyers at these scheduling conferences that

12  I think I have enough work to keep me busy the rest of my life.

13       So if you want to consent, that's great.  And if you don't

14  want to, that's fine, too.  If one side wants to and the other

15  side doesn't want to, I don't need to know who does and who

16  doesn't.

17       I will tell you some of the advantages of consenting, that

18  instead of being carried on a calendar -- a two-week calendar

19  before Judge Middlebrooks, I specially set my trial dates for a

20  date and time certain.

21       So what happens is when the parties do consent to

22  Magistrate Judge jurisdiction, the case is sent to me.  I then

23  immediately set down a status conference.  I hear from counsel

24  for both sides as to a -- as to their request for a trial date.

25  I look at my schedule.  And then, based on all of that, I set

1  down a specially set trial date.

2       There's no trailing, no bump by other cases.  And you can

3  tell judges in other courts that you are specially set for

4  trial in federal court at a date and time certain rather than

5  on a -- on a calendar.

6       I've had many -- I've had post-pandemic jury trials.  I've

7  had jury and bench trials set this year, next year, 2023.  And

8  I actually already have jury trials set in 2024, believe it or

9  not.

10      I do allow attorney-conducted voir dire.  And I'm

11  typically a bit more generous or lenient, I'm told, than

12  Judge Middlebrooks is on my trial dates and my pretrial

13  deadlines.

14      But the choice is yours.  It's totally up to you.  It

15  doesn't matter to me.  I don't ask you your position or your

16  clients' position here at this -- at this scheduling

17  conference.

18      The way it works is real simple.  If both sides or one

19  side do not want to consent, you don't have to do anything at

20  all, and the case will stay on the current docket for trial

21  before Judge Middlebrooks.

22      If the parties do wish to consent, all you have to do is

23  both counsel sign a form, file it with the Court.  The case is

24  then sent to me for all future purposes.  I set down the status

25  conference, and I hear from counsel on both sides as to a -- as

1   to the trial date and the pretrial deadlines.

2       If you need it, the form is available -- to consent --

3   from my CRD.  It's available from the Clerk's Office, and I

4   believe it's attached to the order that I'll be entering after

5   this -- after this hearing.  So that's that.

6       Let's talk a little bit about mediation or a settlement

7   conference.  Included in the order that I will be entering with

8   the pretrial deadlines in the case, it will also have an order

9   that will refer the matter to mediation or a settlement

10  conference.

11      Local Rule 16.2 does require mediation for most cases,

12  including this one, no less than 60 days before trial.  And the

13  trial order acts as a trigger for the local rule and does not

14  change any of its requirements or any of its provisions.

15      You pretty much have three options here.  Number 1 is you

16  can talk among yourselves, and you can select a mediator.  If

17  you need it, there's a list of federal court mediators,

18  certified mediators, available from the Clerk's Office upon

19  request.  And as long as you or the mediator files a notice of

20  mediation in a timely manner under the pretrial scheduling

21  order, that will be fine.

22      Option 2, sometimes the lawyers or the parties can't agree

23  on a mediator.  In that case, you can, if you wish, file a

24  motion asking the Court to direct the clerk to select the

25  mediator for you.  Those are routinely granted.  And typically

1   what happens is the clerk is directed to select a mediator, and

2   then the clerk simply goes to their list of federal certified

3   mediators, selects a mediator, and -- and that's your mediator.

4        Now, a third option is the parties can request, if they

5   wish, a settlement conference before a United States Magistrate

6   Judge.  Now, the way that works is as follows:

7        If the case is set before Judge Middlebrooks for trial and

8   the parties want to have a settlement conference before a

9   Magistrate Judge, he will ask if I have time to handle it.  And

10  if I do, I'll go -- go ahead and set down the -- the settlement

11  conference.  And I'm typically doing those by Zoom

12  videoconference unless the parties specifically request to be

13  personally present in the courthouse.

14       Now, if the case is before me for trial and I'm going to

15  be handling the trial and everything else, I do not handle my

16  own settlement conferences.  So in that situation, if the

17  parties want to have a settlement conference before a

18  Magistrate Judge, I simply reach out to my colleagues to see if

19  anybody is available to handle it.

20       And this comes up routinely.  And what happens is I find

21  one of my colleagues who's -- who's you know, able and willing,

22  has the time to handle it.  And since most of my colleagues are

23  doing them by Zoom videoconference, it really can be anybody in

24  the district.  Whether they're in Key West, Miami, Fort Pierce,

25  West Palm, Fort Lauderdale, it doesn't really matter.  So

 1    that's how -- that's how that works.

 2         Now, if you do reach a settlement, the parties are

 3    required to file a joint notice of settlement right away, and

 4    the plaintiff is required to prepare a motion and an order for

 5    dismissal with prejudice or otherwise whatever the settlement

 6    agreement calls for.

 7         If you come to a settlement in principle but you still are

 8    ironing out the paperwork, you are still required to file a

 9    joint notice of settlement and just state in there how much

10    time you are requesting from the Court to file your closeout

11    papers such as your motion and stipulation for dismissal.

12         Now, a couple things about settlement.  Number 1 is if you

13    do reach a settlement, let us know right away by filing a joint

14    notice.  And if you can, also call chambers.  We are all very

15    busy here, coming out of the pandemic.  I'm sure you are as

16    well.

17         But we're handling bench trials, jury trials, hearings in

18    civil cases and criminal cases, et cetera.  And the last thing

19    that we need to be doing or our law clerks need to be doing is

20    working on an order in a case that has settled.  So if you do

21    settle, just let us know right away.

22         The second thing is that if you want the Court to retain

23    jurisdiction to enforce your settlement, you need to -- you

24    need to specifically request that before the case is dismissed.

25    If you do not request the Court to retain jurisdiction to

1   enforce your settlement, the Court will not do so.

2        And then, as I'm sure you -- you-all know, in such a case,

3   if the Court has not retained jurisdiction and -- and one party

4   wants to move to compel compliance with the settlement

5   agreement or enforce it, you have to file a separate lawsuit;

6   whereas if the Court has retained jurisdiction, you can file a

7   motion in this case to enforce the settlement agreement.  So

8   those are just some things to keep in mind.

9        Now, the last couple things that I'm going to address

10  before I turn to counsel and see if there's any -- any issues

11  you want to raise or any clarifications you want:  Number 1,

12  local rules; Number 2, discovery.

13       First of all, local rules.  I will tell you that

14  Judge Middlebrooks is a stickler for the local rules.  You and

15  your staff, your paralegals, your associates, et cetera, need

16  to be up on the local rules.  They are available for free as a

17  PDF on our court's website.

18       You need to make sure you have the most recent version.

19  As you know, they affect things like certificate of conferral,

20  summary judgment, all types of things.  The surest way to have

21  a motion denied is to not comply with the local rules.  So just

22  be aware of that.

23       Secondly, discovery -- or, I guess I should say, lastly,

24  discovery.  Both Judge Middlebrooks and I have very similar

25  views on discovery.  We both believe that it is a very

1   important part of the case, but it's not the case.  We do not

2   allow interminable fighting and prolongation of the discovery

3   process.

4        We believe that what this case is about is your client,

5   whatever side you're on, obtaining a favorable verdict at trial

6   or obtaining a favorable summary judgment ruling in your favor

7   or obtaining a favorable dispositive motion ruling in your

8   favor or a favorable settlement.

9        I've asked what the case is about.  The case is not about

10  a discovery bloodbath.  So we insist on a couple things -- more

11  than a couple.  We insist on extensive cooperation among

12  counsel and professionalism, especially during the discovery

13  process because that's where we see cases really fall apart

14  sometimes.

15       We require personal conferral before a motion for

16  discovery is filed.  That means picking up the phone and

17  calling the other lawyer in an honest attempt to try and work

18  out the discovery dispute, not just calling up and saying,

19  "We're making a discovery request.  I assume that you oppose."

20  That's -- that's not sufficient.

21       At the end of 2019, I read a law review article from the

22  *University of Florida Law Review*.  It's -- it's entitled "The

23  New Paradigm of E-discovery."  It's available for free on the

24  *University of Florida Law Review* website.  It's available if

25  you do a simple Google search for "The New Paradigm of

1    E-discovery."  It's available on Westlaw.

2         The reason I bring it up -- first of all, it talks about

3    the ten core components of modern e-discovery, and it

4    represents some of my views on discovery.  But it also

5    represents the views of a lot of other judges I've spoken to

6    over the years on handling -- on handling discovery.

7         It talks about a number of things, some I've already

8    touched on -- professionalism, cooperation, good faith -- but

9    it also talks about no overbroad discovery requests.  We want

10   to see specific, targeted discovery requests.

11        So that -- you know, the day and age of -- of discovery

12   requests -- and I'll paraphrase -- that say something like, you

13   know, "I want any and all documents in any way related to any

14   issues for anything to do with this case" -- those days are

15   gone.

16        Likewise, no boilerplate vague responses to discovery, no

17   boilerplate objections.  Sometimes we have seen, you know, five

18   pages of general objections followed by a couple -- couple --

19   followed by some additional objections, followed by a statement

20   that says, "Notwithstanding the above, we're going to be

21   producing something at some point."  That -- that doesn't work.

22        We want to see specific requests, specific -- and specific

23   responses or objections.  If you -- if you are responding, for

24   example, to an RFP, to a request for production, state what

25   you're producing and when.  State what you are withholding and

1  why.

2      So if you're withholding something on a privilege ground,

3  you need to specifically state the privilege and your basis.

4  And, of course, under our local rule, you need to do a

5  privilege log.  Our local rule indicates and the case law

6  indicates that if you do not do a privilege log when you raise

7  a privilege issue, that can be a waiver of privilege.

8      Additionally, if you are responding to discovery, you

9  know, be very clear on what you are producing.  If one side

10  asks for, say, eight years of discovery in an RFP and the other

11  side says, "Well, you know, I think four years is appropriate,

12  but eight years is crazy.  That's disproportionate.  That's too

13  much.  That's not relevant," go ahead and produce your four

14  years and file your -- you know, serve your notice on the other

15  side that you're objecting to the other four years.  And then

16  if you can't work it out with the other side, file a motion,

17  whatever side wants to, and we'll deal with it very quickly.

18      I will tell you, though, that if you do file a discovery

19  motion, make sure all your ducks are in a row.  Make sure you

20  have personally conferred and it's a good motion because,

21  whether I'm handling it or Judge Middlebrooks is, we will both

22  typically expedite responses to discovery.  We will -- if we

23  set a hearing, we try to set a hearing down extremely promptly,

24  and we try to have a ruling on a discovery dispute very, very

25  quickly.

```
 1        So, you know, in some of these cases, Judge Middlebrooks
 2   handles discovery; in some, I do; and in some, we both do,
 3   depending on what's going on with our respective schedules.  We
 4   don't mind a legitimate discovery dispute if -- if good lawyers
 5   honestly can't work it out.  We don't mind that at all.  That's
 6   what we're here for.
 7        What we do mind are the silly discovery disputes, the
 8   fights over a date of deposition, who goes first, the -- you
 9   know, one side is being overly broad, the other side is being
10   overly restrictive, and there's no good-faith conferral, and
11   there's just a lot of nastiness and scorched earth.  We put a
12   stop to that very quickly either by sanctions or whatever else
13   needs to get done.
14        We really want to make sure that, in this case and any
15   case, the discovery process is fair to both sides; that both
16   sides get -- under 26(b)(1), under that rule, both sides get
17   what's relevant and proportional to the -- to the pending
18   claims and defenses; that nothing gets wasteful or unnecessary.
19        So what we don't want to do is get into areas that are
20   wasteful discovery, where it ends up, you know, wasting your
21   clients' money.  It ends up wasting your time, and frankly it
22   ends up wasting our time.  We want to make sure both sides have
23   a level playing field here, both sides get the discovery they
24   need, and then we feel that the result, whatever that will be,
25   will be -- will be fair.
```

1       If you file a motion in discovery and it does not have a

2   certificate of conferral, you can anticipate that will be

3   denied.  If you file a motion and it has a certificate of

4   conferral but it's what we call a perfunctory motion or a

5   perfunctory certificate, it says something like, "Well, I

6   emailed opposing counsel last night.  I haven't heard back.  So

7   I'm filing a motion," anticipate that will be denied as -- as

8   well.

9       We want to see where you have conferred, what the

10  conferral efforts have been, how you've tried to limit it, and

11  what the issue is you need the Court, if you need the Court, to

12  decide.

13      If you ever run into this situation -- I'm sure it won't

14  be in this case, but if you ever run into this situation where

15  one side is stonewalling you and they're simply not

16  responding -- you're calling them, you're emailing them, and

17  they're not responding to your discovery.  They're not

18  conferring -- after two or three times of that, file your

19  motion, but put in your certificate of conferral all your

20  efforts that you've tried to reach the other side and

21  conferred.  And I can assure you that we will deal with that

22  very quickly.

23      If you feel that a confidentiality order is necessary or

24  an ESI protocol order or a 502(d) clawback order under the

25  Federal Rules of Evidence, by all means, confer with the other

 1   side.  And if you feel -- feel that's appropriate, file a

 2   motion.  Attach your proposal.  We'll look at it.  If

 3   appropriate, we will go ahead and -- and enter it.  Anything

 4   that we can do to make the discovery process move fairly and

 5   smoothly, that's what -- that's what we want to do.

 6       So that's about all I have to say.  I will tell you that

 7   Judge Middlebrooks and I both have very, very high expectations

 8   of counsel throughout the case but also during the discovery

 9   process because that is where we see the majority of problems

10   that seem to erupt in cases.  So I'm sure that that high --

11   those high expectations will be met here.

12       Now, as I said, I'll be entering a further order after

13   this -- after this hearing.  But while I've got you both here,

14   Mr. Kaufman, on behalf of the plaintiff, anything you want to

15   raise or any clarifications or issues you want to address?

16       **MR. KAUFMAN:**  No, nothing additional, Your Honor.

17   Thank you.

18       **THE COURT:**  All right.  Thank you.

19       And, Mr. Watstein, anything you want to raise or any

20   clarifications you want to address?

21       **MR. WATSTEIN:**  No, Your Honor.

22       The only thing that I would offer is, if the Court needs

23   or wants to see the lead forms that were submitted in order to

24   issue a ruling on the bifurcation issue, we'd be happy to file

25   a notice attaching those to -- in a docket entry.

```
1              THE COURT:  Okay.  Let me take a look at everything.

2   And if there's any additional materials that I need or anything

3   additional that I need, I'm going to issue an order to that

4   effect.

5              MR. WATSTEIN:  Thank you, Your Honor.

6              THE COURT:  Okay.  Thank you.  I hope you-all have a

7   good afternoon.

8              MR. KAUFMAN:  Thank you, Your Honor.  Likewise.

9              MR. WATSTEIN:  Thank you.

10                  (Proceedings adjourned at 11:05 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3                    **CERTIFICATE OF TRANSCRIBER**

4          I certify that the foregoing is a true and correct

5    transcript, to the best of my ability, of the above pages of

6    the official electronic sound recording provided to me by the

7    U.S. District Court, Southern District of Florida, of the

8    proceedings taken on the date and time previously stated in the

9    above matter.

10         I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to the action in

12   which this hearing was taken, and further that I am not

13   financially nor otherwise interested in the outcome of the

14   action.

15

16   DATE:  Sunday, December 18, 2022

17

18

19

20              /S/ James C. Pence-Aviles

21        James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                    U.S. Court Reporter

22

23

24

25

MR. KAUFMAN: [8]   1:2/15
1:3/14 1:3/24 1:7/14
1:8/17 1:8/21 1:26/15
1:27/7
MR. WATSTEIN: [10]
1:2/19 1:2/25 1:4/3
1:4/22 1:11/9 1:12/2
1:12/10 1:26/20 1:27/4
1:27/8
THE CLERK: [1]   1:2/5
THE COURT: [18]   1:2/3
1:2/9 1:2/17 1:2/22
1:3/6 1:3/21 1:3/25
1:4/8 1:7/11 1:8/15
1:8/18 1:11/7 1:11/25
1:12/9 1:13/25 1:26/17
1:26/25 1:27/5

**'**

'23 [1]   1:14/7

**-**

---000 [1]   1:2/3

**/**

/S [1]   1:28/20

**0**

000 [1]   1:2/3

**1**

10:32 [2]   1:1/13 1:2/1
10th [2]   1:6/1 1:12/3
11:05 [2]   1:1/13 1:27/10
12 [1]   1:4/12
13059 [2]   1:1/25 1:28/21
14 [1]   1:4/12
1550 [1]   1:1/20
16.2 [1]   1:17/11
171 [1]   1:1/20
17th [1]   1:1/20
18 [1]   1:28/16

**2**

2019 [1]   1:21/21
2022 [3]   1:1/11 1:2/1
1:28/16
2023 [6]   1:4/15 1:4/16
1:4/17 1:14/6 1:14/8
1:16/7
2024 [1]   1:16/8
22-81427-CV-Middlebrooks
[1]   1:2/7
22-CV-81427-DMM [1]
1:1/7

23rd [2]   1:4/16 1:14/7
26 [1]   1:24/16
27 [1]   1:1/1

**3**

30 [2]   1:1/11 1:2/1
30363 [1]   1:1/20
31 [1]   1:1/16
33 [1]   1:1/13
33133 [1]   1:1/17

**5**

502 [1]   1:25/24
5th [2]   1:4/15 1:14/5

**6**

60 [2]   1:6/12 1:17/12
6th [2]   1:4/17 1:14/8

**9**

90 [1]   1:6/12

**A**

a.m [4]   1:1/13 1:1/13
1:2/1 1:27/10
ability [2]   1:15/5
1:28/5
able [2]   1:3/8 1:18/21
about [20]   1:5/16 1:7/13
1:7/13 1:9/18 1:10/25
1:11/12 1:11/19 1:12/13
1:13/10 1:14/11 1:14/24
1:17/6 1:19/12 1:21/4
1:21/9 1:21/9 1:22/2
1:22/7 1:22/9 1:26/6
above [3]   1:22/20 1:28/5
1:28/9
absolute [3]   1:10/21
1:11/3 1:12/14
absolutely [4]   1:7/16
1:10/10 1:12/18 1:12/20
acknowledge [1]   1:12/23
action [5]   1:4/10 1:5/1
1:10/19 1:28/11 1:28/14
actions [1]   1:7/2
activity [1]   1:3/17
acts [1]   1:17/13
actually [3]   1:9/4
1:14/17 1:16/8
add [1]   1:3/22
adding [5]   1:3/14 1:3/16
1:4/2 1:4/5 1:4/6
additional [9]   1:3/14
1:3/16 1:3/23 1:4/2
1:4/5 1:22/19 1:26/16
1:27/2 1:27/3

Additionally [1]   1:22/8
address [8]   1:5/10
1:9/17 1:12/13 1:12/22
1:15/4 1:20/9 1:26/15
1:26/20
addressing [1]   1:4/13
adjourned [1]   1:27/10
admit [1]   1:3/18
advanced [1]   1:7/20
advantages [1]   1:15/17
adverse [1]   1:15/8
advisement [1]   1:14/2
affect [1]   1:20/19
affiliate [1]   1:13/12
affiliated [1]   1:3/21
affiliates [1]   1:13/3
after [10]   1:4/18 1:5/13
1:5/13 1:14/9 1:14/9
1:17/4 1:17/5 1:25/18
1:26/12 1:26/13
afternoon [1]   1:27/7
afterward [1]   1:3/5
again [4]   1:7/8 1:9/6
1:13/17 1:13/24
against [1]   1:4/7
age [1]   1:22/11
ago [1]   1:13/21
agree [3]   1:8/22 1:15/7
1:17/22
agreed [1]   1:14/25
agreement [3]   1:19/6
1:20/5 1:20/7
ahead [5]   1:3/10 1:14/8
1:18/10 1:23/13 1:26/3
all [37]
allegation [1]   1:7/14
allegedly [2]   1:7/24
1:8/1
Alliance [1]   1:13/13
allow [3]   1:14/25
1:16/10 1:21/2
allowed [1]   1:9/12
almost [2]   1:10/10
1:14/23
already [3]   1:12/6
1:16/8 1:22/7
also [7]   1:5/17 1:5/21
1:17/8 1:19/14 1:22/4
1:22/9 1:26/8
always [1]   1:15/4
am [2]   1:28/10 1:28/12
among [2]   1:17/16
1:21/11
analyzes [1]   1:9/6
another [4]   1:9/6 1:9/22

**A**

**another... [2]** 1:9/25
1:9/25
**anticipate [6]** 1:3/14
1:3/15 1:4/4 1:12/1
1:25/2 1:25/7
**any [33]**
**anybody [2]** 1:18/19
1:18/23
**anyone [1]** 1:5/3
**anything [9]** 1:4/1
1:10/25 1:15/2 1:16/19
1:22/14 1:26/3 1:26/14
1:26/19 1:27/2
**apart [1]** 1:21/13
**APPEARANCES [1]** 1:1/14
**apple [1]** 1:9/23
**appropriate [5]** 1:8/21
1:8/23 1:23/11 1:26/1
1:26/3
**April [2]** 1:4/17 1:14/8
**April 6th [2]** 1:4/17
1:14/8
**arbitration [13]** 1:4/6
1:5/22 1:5/23 1:5/25
1:6/1 1:6/2 1:6/9 1:9/21
1:11/16 1:11/20 1:11/23
1:12/2 1:12/7
**are [26]** 1:5/5 1:8/9
1:9/15 1:12/23 1:13/2
1:14/16 1:15/1 1:16/3
1:17/25 1:18/22 1:19/2
1:19/7 1:19/8 1:19/10
1:19/14 1:19/15 1:20/8
1:20/16 1:22/14 1:22/23
1:22/25 1:23/8 1:23/9
1:23/19 1:24/7 1:24/19
**area [3]** 1:5/4 1:5/10
1:6/5
**areas [1]** 1:24/19
**arises [1]** 1:13/2
**Arkansas [1]** 1:5/10
**article [1]** 1:21/21
**as [35]**
**ask [6]** 1:3/13 1:8/16
1:8/17 1:15/7 1:16/15
1:18/9
**asked [3]** 1:6/20 1:6/22
1:21/9
**asking [2]** 1:6/18
1:17/24
**asks [1]** 1:23/10
**associates [1]** 1:20/15
**assume [1]** 1:21/19
**assure [1]** 1:25/21

**Atlanta [1]** 1:1/20
**Attach [1]** 1:26/2
**attached [1]** 1:17/4
**attaching [1]** 1:26/25
**attempt [1]** 1:21/17
**attorney [1]** 1:16/10
**attorney-conducted [1]**
1:16/10
**Audio [1]** 1:1/13
**available [8]** 1:17/2
1:17/3 1:17/18 1:18/19
1:20/16 1:21/23 1:21/24
1:22/1
**AVI [2]** 1:1/17 1:2/17
**Aviles [3]** 1:1/25
1:28/20 1:28/21
**avoided [1]** 1:10/24
**aware [2]** 1:14/25
1:20/22
**away [3]** 1:19/3 1:19/13
1:19/21

**B**

**back [2]** 1:7/18 1:25/6
**background [1]** 1:4/24
**baffling [1]** 1:3/4
**bar [1]** 1:14/17
**based [1]** 1:15/25
**basic [1]** 1:4/24
**basis [6]** 1:7/11 1:7/19
1:9/4 1:9/13 1:14/16
1:23/3
**be [48]**
**Beach [1]** 1:1/10
**because [14]** 1:3/5
1:5/20 1:6/18 1:7/5
1:7/10 1:7/19 1:7/21
1:9/11 1:13/1 1:13/24
1:14/20 1:21/13 1:23/20
1:26/9
**been [6]** 1:7/3 1:7/4
1:7/5 1:10/20 1:10/23
1:25/10
**before [14]** 1:1/4 1:6/23
1:14/6 1:15/19 1:16/21
1:17/12 1:18/5 1:18/7
1:18/8 1:18/14 1:18/17
1:19/24 1:20/10 1:21/15
**beginning [1]** 1:4/15
**behalf [5]** 1:2/8 1:2/15
1:2/17 1:2/19 1:26/14
**being [7]** 1:3/17 1:10/13
1:13/8 1:13/10 1:15/18
1:24/9 1:24/9
**believe [8]** 1:4/2 1:5/21

1:17/4 1:20/25 1:21/4
**bench [2]** 1:16/7 1:19/17
**best [1]** 1:28/5
**bifurcate [2]** 1:4/11
1:4/21
**bifurcated [1]** 1:7/4
**bifurcation [5]** 1:3/19
1:9/18 1:11/6 1:13/20
1:26/24
**big [1]** 1:12/9
**bit [4]** 1:14/10 1:14/11
1:16/11 1:17/6
**bite [1]** 1:9/22
**bloodbath [1]** 1:21/10
**boilerplate [2]** 1:22/16
1:22/17
**both [15]** 1:15/24
1:16/18 1:16/23 1:16/25
1:20/24 1:20/25 1:23/21
1:24/2 1:24/15 1:24/15
1:24/16 1:24/22 1:24/23
1:26/7 1:26/13
**breach [1]** 1:4/7
**brief [1]** 1:12/15
**briefly [3]** 1:4/13
1:11/9 1:11/11
**bring [1]** 1:22/2
**broad [1]** 1:24/9
**bump [1]** 1:16/2
**busy [2]** 1:15/12 1:19/15

**C**

**calendar [3]** 1:15/18
1:15/18 1:16/5
**call [6]** 1:2/5 1:10/12
1:13/10 1:13/24 1:19/14
1:25/4
**calling [5]** 1:2/6 1:3/17
1:21/17 1:21/18 1:25/16
**calls [8]** 1:3/19 1:3/20
1:3/21 1:10/9 1:10/11
1:11/20 1:13/11 1:19/6
**came [3]** 1:5/21 1:13/1
1:13/18
**can [17]** 1:2/13 1:8/17
1:10/14 1:10/19 1:11/14
1:16/2 1:17/16 1:17/16
1:17/23 1:18/4 1:18/23
1:19/14 1:20/6 1:23/7
1:25/2 1:25/21 1:26/4
**can't [3]** 1:17/22
1:23/16 1:24/5
**carried [1]** 1:15/18
**case [40]**

**Q**

cases [14]   1:7/20 1:9/5
 1:10/19 1:12/23 1:13/20
 1:14/22 1:15/9 1:16/2
 1:17/11 1:19/18 1:19/18
 1:21/13 1:24/1 1:26/10
certain [4]   1:9/11
 1:10/8 1:15/20 1:16/4
certificate [6]   1:20/19
 1:25/2 1:25/3 1:25/5
 1:25/19 1:28/3
certified [2]   1:17/18
 1:18/2
certify [2]   1:28/4
 1:28/10
cetera [2]   1:19/18
 1:20/15
challenge [1]   1:9/2
chambers [1]   1:19/14
change [1]   1:17/14
CHAPMAN [1]   1:1/19
choice [1]   1:16/14
circumstance [1]   1:9/16
civil [1]   1:19/18
claim [2]   1:5/20 1:9/23
claiming [1]   1:5/1
claims [2]   1:6/18
 1:24/18
clarifications [3]
 1:20/11 1:26/15 1:26/20
clarify [1]   1:8/17
class [18]   1:4/10 1:5/1
 1:7/2 1:7/5 1:8/2 1:8/4
 1:8/7 1:8/10 1:8/14
 1:8/21 1:8/23 1:9/1
 1:9/4 1:9/13 1:10/19
 1:10/22 1:11/1 1:12/20
class-action [1]   1:10/19
class-wide [1]   1:9/13
clawback [1]   1:25/24
clear [2]   1:3/8 1:23/9
clerk [3]   1:17/24 1:18/1
 1:18/2
Clerk's [2]   1:17/3
 1:17/18
clerks [1]   1:19/19
client [10]   1:5/3 1:7/14
 1:8/20 1:12/15 1:13/5
 1:13/5 1:13/11 1:13/12
 1:13/12 1:21/4
client's [3]   1:5/15
 1:13/1 1:13/18
clients' [2]   1:16/16
 1:24/21
closeout [1]   1:19/10

colleague [1]   1:2/21
colleagues [3]   1:18/18
 1:18/21 1:18/22
come [2]   1:13/6 1:19/7
comes [1]   1:18/20
coming [1]   1:19/15
communications [3]   1:8/9
 1:13/7 1:13/8
company [3]   1:12/9
 1:12/12 1:13/13
compel [8]   1:4/6 1:5/24
 1:6/1 1:6/9 1:9/21
 1:11/16 1:12/2 1:20/4
completely [1]   1:12/14
compliance [1]   1:20/4
comply [1]   1:20/21
components [1]   1:22/3
concern [1]   1:10/21
conduct [3]   1:10/16
 1:11/18 1:11/18
conducted [1]   1:16/10
confer [1]   1:25/25
conference [11]   1:2/11
 1:2/14 1:15/23 1:16/17
 1:16/25 1:17/7 1:17/10
 1:18/5 1:18/8 1:18/11
 1:18/17
conferences [3]   1:15/5
 1:15/11 1:18/16
conferral [7]   1:20/19
 1:21/15 1:24/10 1:25/2
 1:25/4 1:25/10 1:25/19
conferred [3]   1:23/20
 1:25/9 1:25/21
conferring [1]   1:25/18
confidentiality [1]
 1:25/23
confirm [1]   1:6/1
connection [2]   1:2/24
 1:3/3
consent [25]   1:5/2 1:5/3
 1:5/12 1:5/18 1:5/22
 1:6/6 1:7/16 1:7/25
 1:8/1 1:8/6 1:8/23
 1:8/25 1:9/3 1:9/8
 1:9/13 1:12/5 1:12/17
 1:15/6 1:15/7 1:15/9
 1:15/13 1:15/21 1:16/19
 1:16/22 1:17/2
consented [2]   1:7/14
 1:8/20
consenting [1]   1:15/17
consents [2]   1:9/10
 1:9/12
consequences [1]   1:15/8

contacted [1]   1:5/1
contain [1]   1:12/16
contention [1]   1:9/7
contract [1]   1:4/7
control [1]   1:2/25
cooperation [2]   1:21/11
 1:22/8
core [1]   1:22/3
correct [2]   1:8/19
 1:28/4
correctly [1]   1:8/24
could [3]   1:6/12 1:10/5
 1:13/6
counsel [14]   1:2/12
 1:2/13 1:6/20 1:7/3
 1:8/19 1:14/23 1:15/23
 1:16/23 1:16/25 1:20/10
 1:21/12 1:25/6 1:26/8
 1:28/10
counterclaim [1]   1:4/7
couple [8]   1:13/20
 1:13/21 1:19/12 1:20/9
 1:21/10 1:21/11 1:22/18
 1:22/18
course [2]   1:11/20
 1:23/4
court [22]   1:1/2 1:1/25
 1:11/13 1:11/22 1:14/12
 1:14/13 1:14/20 1:16/4
 1:16/23 1:17/17 1:17/24
 1:19/10 1:19/22 1:19/25
 1:20/1 1:20/3 1:20/6
 1:25/11 1:25/11 1:26/22
 1:28/7 1:28/21
court's [3]   1:11/21
 1:13/21 1:20/17
courthouse [1]   1:18/13
courts [3]   1:11/17
 1:13/20 1:16/3
crazy [1]   1:23/12
CRD [1]   1:17/3
criminal [1]   1:19/18
CRR [2]   1:1/25 1:28/21
CSR [2]   1:1/25 1:28/21
current [2]   1:4/14
 1:16/20
cutoff [4]   1:4/16 1:4/17
 1:14/7 1:14/8
CV [2]   1:1/7 1:2/7

**D**

date [16]   1:4/11 1:4/17
 1:4/20 1:12/4 1:13/22
 1:14/5 1:14/7 1:14/8

**D**

date... [8]   1:15/20
  1:15/24 1:16/1 1:16/4
  1:17/1 1:24/8 1:28/8
  1:28/16
dates [2]   1:15/19
  1:16/12
DAVID [1]   1:1/21
day [1]   1:22/11
days [4]   1:6/12 1:6/13
  1:17/12 1:22/14
deadline [1]   1:6/8
deadlines [4]   1:4/18
  1:16/13 1:17/1 1:17/8
deal [2]   1:23/17 1:25/21
decade [1]   1:7/3
decade-plus [1]   1:7/3
December [3]   1:6/1
  1:12/3 1:28/16
December 10th [2]   1:6/1
  1:12/3
decide [1]   1:25/12
decided [2]   1:7/21
  1:14/16
defendant [9]   1:1/9
  1:1/19 1:2/19 1:3/20
  1:4/22 1:9/11 1:10/11
  1:10/14 1:10/18
defendant's [1]   1:4/2
defense [1]   1:6/6
defenses [1]   1:24/18
delay [1]   1:10/4
demographic [1]   1:5/6
demonstrate [1]   1:9/13
demonstration [1]   1:9/7
denied [4]   1:6/10
  1:20/21 1:25/3 1:25/7
depending [1]   1:24/3
deposition [1]   1:24/8
destroyed [1]   1:13/24
destroying [1]   1:13/14
destroys [1]   1:10/17
detailed [1]   1:14/20
determine [1]   1:8/5
determined [1]   1:5/14
did [1]   1:6/3
didn't [1]   1:12/25
different [9]   1:7/25
  1:8/4 1:8/13 1:9/16
  1:9/17 1:10/25 1:12/16
  1:12/17 1:12/17
diffuse [1]   1:13/2
Digital [1]   1:1/13
dire [1]   1:16/10
direct [1]   1:17/24
directed [1]   1:18/1
directly [2]   1:5/15
  1:13/18
discovery [59]
dismissal [2]   1:19/5
  1:19/11
dismissed [1]   1:19/24
dispositive [8]   1:4/16
  1:6/6 1:6/19 1:9/24
  1:10/1 1:10/2 1:14/7
  1:21/7
disproportionate [1]
  1:23/12
dispute [4]   1:7/16
  1:21/18 1:23/24 1:24/4
disputes [3]   1:10/24
  1:11/5 1:24/7
district [5]   1:1/2 1:1/3
  1:18/24 1:28/7 1:28/7
DMM [1]   1:1/7
do [44]
docket [3]   1:4/12
  1:16/20 1:26/25
document [1]   1:14/23
documents [4]   1:14/12
  1:14/13 1:14/15 1:22/13
does [6]   1:3/13 1:14/20
  1:15/15 1:17/11 1:17/13
  1:25/1
doesn't [9]   1:5/3 1:6/14
  1:7/9 1:15/10 1:15/15
  1:15/16 1:16/15 1:18/25
  1:22/21
doing [5]   1:7/4 1:18/11
  1:18/23 1:19/19 1:19/19
dollar [1]   1:13/13
don't [18]   1:3/11 1:3/15
  1:4/4 1:6/9 1:6/12
  1:7/18 1:10/4 1:10/8
  1:11/17 1:14/25 1:15/10
  1:15/13 1:15/15 1:16/15
  1:16/19 1:24/4 1:24/5
  1:24/19
done [4]   1:2/14 1:9/5
  1:13/22 1:24/13
down [8]   1:6/11 1:7/10
  1:9/19 1:15/23 1:16/1
  1:16/24 1:18/10 1:23/23
dozens [1]   1:12/16
drawing [1]   1:11/5
drawn [2]   1:8/7 1:8/11
Drive [1]   1:1/16
ducks [1]   1:23/19
dug [1]   1:5/14
duplicate [1]   1:6/17
duplication [1]   1:9/19
during [2]   1:21/12
  1:26/8

**E**

e-discovery [3]   1:21/23
  1:22/1 1:22/3
each [1]   1:5/17
earth [1]   1:24/11
effect [1]   1:27/4
effectively [1]   1:10/2
efficiency [1]   1:10/23
efficient [1]   1:7/9
efforts [3]   1:6/17
  1:25/10 1:25/20
eight [2]   1:23/10
  1:23/12
either [4]   1:6/9 1:7/5
  1:15/10 1:24/12
electronic [2]   1:1/12
  1:28/6
else [3]   1:3/16 1:18/15
  1:24/12
email [2]   1:3/4 1:8/9
emailed [1]   1:25/6
emailing [1]   1:25/16
employed [1]   1:28/11
end [1]   1:21/21
ends [4]   1:6/14 1:24/20
  1:24/21 1:24/22
enforce [4]   1:19/23
  1:20/1 1:20/5 1:20/7
engage [1]   1:7/19
engaging [1]   1:11/23
enough [1]   1:15/12
enter [1]   1:26/3
entering [3]   1:17/4
  1:17/7 1:26/12
entire [1]   1:6/7
entitled [1]   1:21/22
entry [2]   1:4/12 1:26/25
erupt [1]   1:26/10
ESI [1]   1:25/24
especially [1]   1:21/12
ESQ [3]   1:1/17 1:1/21
  1:1/21
essentially [1]   1:7/11
et [2]   1:19/18 1:20/15
event [1]   1:7/1
ever [2]   1:25/13 1:25/14
every [3]   1:7/2 1:8/25
  1:14/23
everybody [1]   1:2/4
everything [2]   1:18/15
  1:27/1

**E**

evidence [2]   1:6/19
  1:25/25
example [1]   1:22/24
except [1]   1:7/3
exception [1]   1:14/13
existed [1]   1:6/2
expect [1]   1:13/15
expectations [2]   1:26/7
  1:26/11
expedite [1]   1:23/22
expedited [2]   1:6/10
  1:7/10
experience [1]   1:11/17
expert [1]   1:9/6
explaining [1]   1:3/2
express [3]   1:5/11
  1:5/18 1:5/20
expressly [1]   1:8/20
extensive [1]   1:21/11
extent [3]   1:4/5 1:9/2
  1:13/16
extremely [2]   1:7/9
  1:23/23

**F**

Facebook [4]   1:5/16
  1:13/1 1:13/6 1:13/18
fact [5]   1:6/2 1:6/4
  1:11/3 1:11/13 1:13/19
facts [2]   1:6/24 1:7/23
factually [1]   1:15/3
fair [2]   1:24/15 1:24/25
fairly [1]   1:26/4
faith [2]   1:22/8 1:24/10
fall [1]   1:21/13
false [1]   1:12/14
far [1]   1:4/20
favor [2]   1:21/6 1:21/8
favorable [4]   1:21/5
  1:21/6 1:21/7 1:21/8
federal [5]   1:14/12
  1:16/4 1:17/17 1:18/2
  1:25/25
feel [4]   1:24/24 1:25/23
  1:26/1 1:26/1
few [1]   1:14/11
Fi [1]   1:3/6
field [1]   1:24/23
fighting [1]   1:21/2
fights [1]   1:24/8
file [19]   1:6/9 1:9/23
  1:12/8 1:14/18 1:16/23
  1:17/23 1:19/3 1:19/8
  1:19/10 1:20/5 1:20/6

1:23/14 1:23/16 1:23/18
  1:25/1 1:25/3 1:25/18
  1:26/1 1:26/24
filed [3]   1:4/25 1:14/3
  1:21/16
files [1]   1:17/19
filing [3]   1:12/2
  1:19/13 1:25/7
financial [1]   1:13/3
financially [1]   1:28/13
find [3]   1:7/18 1:11/18
  1:18/20
fine [4]   1:11/14 1:11/24
  1:15/14 1:17/21
first [3]   1:20/13 1:22/2
  1:24/8
five [1]   1:22/17
flip [1]   1:10/6
FLORIDA [6]   1:1/3 1:1/10
  1:1/17 1:21/22 1:21/24
  1:28/7
focused [1]   1:6/17
followed [3]   1:22/18
  1:22/19 1:22/19
follows [1]   1:18/6
foregoing [1]   1:28/4
forensic [1]   1:9/5
form [4]   1:5/8 1:12/6
  1:16/23 1:17/2
forms [1]   1:26/23
Fort [2]   1:18/24 1:18/25
forth [1]   1:7/18
forward [1]   1:11/15
found [1]   1:11/17
four [4]   1:6/5 1:23/11
  1:23/13 1:23/15
frankly [1]   1:24/21
fraud [3]   1:4/8 1:12/22
  1:13/2
fraudulent [3]   1:9/12
  1:12/24 1:13/4
free [3]   1:15/7 1:20/16
  1:21/23
fretful [1]   1:14/24
further [5]   1:5/14
  1:14/10 1:26/12 1:28/10
  1:28/12
future [1]   1:16/24

**G**

gap [2]   1:5/4 1:5/16
general [1]   1:22/18
generate [1]   1:13/4
generator [2]   1:5/14
  1:12/11

generators [1]   1:13/17
generous [1]   1:16/11
geographic [1]   1:6/5
geolocate [1]   1:6/5
geolocated [1]   1:5/10
Georgia [1]   1:1/20
get [9]   1:2/13 1:9/5
  1:9/22 1:12/9 1:24/13
  1:24/16 1:24/16 1:24/19
  1:24/23
gets [1]   1:24/18
gigabyte [1]   1:3/3
given [2]   1:6/8 1:6/10
gives [1]   1:4/18
glad [1]   1:3/8
go [7]   1:3/10 1:14/3
  1:14/8 1:18/10 1:18/10
  1:23/13 1:26/3
goes [2]   1:18/2 1:24/8
going [12]   1:4/2 1:7/18
  1:8/13 1:9/9 1:13/14
  1:14/1 1:15/1 1:18/14
  1:20/9 1:22/20 1:24/3
  1:27/3
gone [1]   1:22/15
good [10]   1:2/4 1:2/16
  1:2/20 1:3/7 1:3/8
  1:22/8 1:23/20 1:24/4
  1:24/10 1:27/7
good-faith [1]   1:24/10
Google [1]   1:21/25
got [3]   1:6/4 1:9/25
  1:26/13
granted [1]   1:17/25
granting [1]   1:14/17
great [2]   1:11/10
  1:15/13
ground [1]   1:23/2
guess [2]   1:11/6 1:20/23

**H**

had [5]   1:3/11 1:13/5
  1:16/6 1:16/6 1:16/7
handle [5]   1:7/2 1:18/9
  1:18/15 1:18/19 1:18/22
handles [1]   1:24/2
handling [5]   1:18/15
  1:19/17 1:22/6 1:22/6
  1:23/21
happen [1]   1:12/25
happened [1]   1:9/4
happens [5]   1:12/11
  1:13/7 1:15/21 1:18/1
  1:18/20
happy [1]   1:26/24

hardwired [1]   1:3/2
has [9]   1:3/20 1:7/4
1:7/5 1:7/8 1:18/22
1:19/20 1:20/3 1:20/6
1:25/3
have [48]
haven't [2]   1:5/24
1:25/6
having [2]   1:2/12 1:2/13
he [3]   1:9/6 1:9/18
1:18/9
he's [4]   1:7/23 1:8/24
1:9/20 1:10/2
hear [2]   1:15/23 1:16/25
heard [1]   1:25/6
hearing [8]   1:4/18
1:6/23 1:14/9 1:17/5
1:23/13 1:23/23 1:26/13
1:28/12
hearings [2]   1:3/12
1:19/17
her [2]   1:5/10 1:6/5
here [14]   1:2/15 1:2/18
1:4/22 1:7/21 1:12/25
1:13/9 1:14/12 1:16/16
1:17/15 1:19/15 1:24/6
1:24/23 1:26/11 1:26/13
here's [1]   1:14/1
herself [1]   1:2/8
high [4]   1:14/17 1:26/7
1:26/10 1:26/11
history [1]   1:7/18
hit [1]   1:11/11
hold [3]   1:2/11 1:11/22
1:13/15
home [1]   1:3/5
honest [1]   1:21/17
honestly [1]   1:24/5
Honor [11]   1:2/16 1:2/20
1:3/25 1:4/23 1:7/15
1:8/15 1:8/22 1:26/16
1:26/21 1:27/5 1:27/8
Honorable [1]   1:1/4
hope [1]   1:27/6
hopefully [1]   1:2/13
how [11]   1:8/5 1:8/5
1:9/18 1:9/19 1:9/22
1:10/5 1:10/5 1:19/1
1:19/1 1:19/9 1:25/10
human [1]   1:13/7

I

I'll [11]   1:3/10 1:3/18
1:4/12 1:4/17 1:7/16

1:7/10 1:14/8 1:17/4
1:18/10 1:22/12 1:26/12
I'm [18]   1:3/5 1:3/6
1:3/8 1:3/10 1:7/21
1:14/1 1:16/10 1:16/11
1:18/11 1:18/14 1:19/15
1:20/2 1:20/9 1:23/21
1:25/7 1:25/13 1:26/10
1:27/3
I've [9]   1:3/11 1:7/20
1:16/6 1:16/6 1:16/6
1:21/9 1:22/5 1:22/7
1:26/13
idea [1]   1:12/13
identify [1]   1:9/12
immediately [1]   1:15/23
implicating [1]   1:10/15
important [1]   1:21/1
improper [1]   1:11/18
incentive [1]   1:13/3
Included [1]   1:17/7
including [2]   1:13/21
1:17/12
indicates [2]   1:23/5
1:23/6
individual [12]   1:6/11
1:6/17 1:8/7 1:8/10
1:8/12 1:9/8 1:9/23
1:11/14 1:11/15 1:11/23
1:11/24 1:14/16
informal [1]   1:7/19
information [5]   1:5/9
1:5/11 1:5/13 1:5/16
1:6/22
insist [2]   1:21/10
1:21/11
instance [1]   1:12/21
instead [1]   1:15/18
insurance [2]   1:5/5
1:5/17
intend [2]   1:9/2 1:9/4
intentionally [1]
1:10/10
interactions [1]   1:9/3
interested [2]   1:5/5
1:28/13
interminable [1]   1:21/2
Internet [2]   1:2/24
1:9/5
invalid [1]   1:9/14
investigated [1]   1:5/7
involved [2]   1:3/16
1:3/17
IP [1]   1:5/10
ironically [1]   1:9/17

ironing [1]   1:19/8
is [84]
isn't [1]   1:11/4
issue [10]   1:6/14
1:11/20 1:12/18 1:12/19
1:14/9 1:23/7 1:25/11
1:26/24 1:26/24 1:27/3
issues [9]   1:2/12 1:2/13
1:9/15 1:10/20 1:12/24
1:15/4 1:20/10 1:22/14
1:26/15
issuing [1]   1:4/17
it [56]
it's [23]   1:3/3 1:3/18
1:6/17 1:7/9 1:7/10
1:7/20 1:9/21 1:10/9
1:12/3 1:12/8 1:13/11
1:15/2 1:16/14 1:17/3
1:17/4 1:21/1 1:21/22
1:21/22 1:21/23 1:21/24
1:22/1 1:23/20 1:25/4
its [2]   1:17/14 1:17/14
itself [1]   1:10/8

J

James [3]   1:1/25 1:28/20
1:28/21
JOHNSON [2]   1:1/5 1:2/7
joint [3]   1:19/3 1:19/9
1:19/13
Judge [16]   1:1/4 1:14/6
1:15/6 1:15/19 1:15/22
1:16/12 1:16/21 1:18/6
1:18/7 1:18/9 1:18/18
1:20/14 1:20/24 1:23/21
1:24/1 1:26/7
judges [2]   1:16/3 1:22/5
judgment [5]   1:6/13
1:7/6 1:9/24 1:20/20
1:21/6
June [2]   1:4/15 1:14/5
June 5th [2]   1:4/15
1:14/5
jurisdiction [8]   1:11/19
1:11/21 1:15/6 1:15/22
1:19/23 1:19/25 1:20/3
1:20/6
jury [4]   1:16/6 1:16/7
1:16/8 1:19/17
just [20]   1:3/4 1:3/10
1:3/10 1:3/13 1:3/23
1:4/24 1:8/16 1:11/4
1:11/13 1:11/24 1:12/8
1:13/21 1:14/25 1:15/2
1:19/9 1:19/21 1:20/8

**J**

just... [3]   1:20/21
1:21/18 1:24/11

**K**

KABAT [1]   1:1/19
KAUFMAN [5]   1:1/16
1:1/17 1:2/17 1:3/13
1:7/13 1:13/16 1:26/14
keep [3]   1:14/18 1:15/12
1:20/8
Ken [1]   1:2/5
Key [1]   1:18/24
know [26]   1:3/3 1:4/25
1:5/25 1:6/4 1:6/12
1:6/16 1:7/1 1:9/17
1:10/8 1:12/8 1:12/25
1:15/15 1:18/21 1:19/13
1:19/21 1:20/2 1:20/19
1:22/11 1:22/13 1:22/17
1:23/9 1:23/11 1:23/14
1:24/1 1:24/9 1:24/20

**L**

language [1]   1:12/17
large [1]   1:12/12
last [4]   1:13/19 1:19/18
1:20/9 1:25/6
lastly [1]   1:20/23
Lauderdale [1]   1:18/25
law [5]   1:19/19 1:21/21
1:21/22 1:21/24 1:23/5
lawsuit [1]   1:20/5
lawyer [1]   1:21/17
lawyers [3]   1:15/11
1:17/22 1:24/4
lead [9]   1:5/8 1:5/8
1:5/14 1:5/20 1:6/22
1:12/11 1:13/17 1:13/18
1:26/23
leads [6]   1:5/15 1:6/5
1:12/15 1:12/24 1:13/1
1:13/4
learn [1]   1:5/7
legally [1]   1:15/3
legitimate [1]   1:24/4
lenient [1]   1:16/11
less [1]   1:17/12
let [7]   1:3/13 1:8/16
1:8/16 1:14/11 1:19/13
1:19/21 1:27/1
let's [5]   1:2/5 1:9/21
1:9/21 1:9/22 1:17/6
letter [1]   1:7/17
letters [1]   1:10/14

level [1]   1:24/23
life [3]   1:1/8 1:2/9
1:15/12
lightly [1]   1:14/21
like [5]   1:7/9 1:14/22
1:20/19 1:22/12 1:25/5
likelihood [1]   1:11/4
likely [1]   1:9/7
Likewise [2]   1:22/16
1:27/8
limit [1]   1:25/10
line [3]   1:8/6 1:9/7
1:11/5
line-drawing [1]   1:11/5
lines [1]   1:8/11
list [2]   1:17/17 1:18/2
litigation [1]   1:13/15
little [4]   1:3/18
1:14/10 1:14/11 1:17/6
LLC [2]   1:1/8 1:2/9
LLP [1]   1:1/19
local [9]   1:17/11
1:17/13 1:20/12 1:20/13
1:20/14 1:20/16 1:20/21
1:23/4 1:23/5
log [2]   1:23/5 1:23/6
logs [4]   1:9/6 1:9/9
1:13/8 1:13/24
long [3]   1:7/18 1:11/22
1:17/19
look [5]   1:14/2 1:14/10
1:15/25 1:26/2 1:27/1
lose [2]   1:9/22 1:9/24
lost [1]   1:10/20
lot [3]   1:7/2 1:22/5
1:24/11

**M**

made [9]   1:3/20 1:3/21
1:3/21 1:9/15 1:9/18
1:10/9 1:10/11 1:10/11
1:13/11
Magistrate [6]   1:1/4
1:15/6 1:15/22 1:18/5
1:18/9 1:18/18
majority [1]   1:26/9
make [9]   1:3/23 1:14/19
1:15/2 1:20/18 1:23/19
1:23/19 1:24/14 1:24/22
1:26/4
making [1]   1:21/19
manner [2]   1:3/24
1:17/20
many [5]   1:3/11 1:10/14
1:15/9 1:15/9 1:16/6

March [2]   1:4/16 1:14/7
March 23rd [2]   1:4/16
1:14/7
material [1]   1:7/20
materials [1]   1:27/2
matter [6]   1:14/10
1:15/10 1:16/15 1:17/9
1:18/25 1:28/9
matters [1]   1:14/21
Matthewman [2]   1:1/4
1:2/7
may [1]   1:4/5
Maybe [1]   1:8/17
me [12]   1:3/13 1:8/16
1:8/16 1:14/11 1:15/10
1:15/12 1:15/22 1:16/15
1:16/24 1:18/14 1:27/1
1:28/6
mean [1]   1:12/3
means [2]   1:21/16
1:25/25
mediation [4]   1:17/6
1:17/9 1:17/11 1:17/20
mediator [7]   1:17/16
1:17/19 1:17/23 1:17/25
1:18/1 1:18/3 1:18/3
mediators [3]   1:17/17
1:17/18 1:18/3
Medicare [2]   1:5/4
1:5/16
MEDIGAP [4]   1:1/8 1:2/9
1:5/4 1:10/8
member [2]   1:8/2 1:9/1
members [2]   1:8/4 1:11/1
met [1]   1:26/11
Miami [2]   1:1/17 1:18/24
MICHAEL [1]   1:1/21
1:2/21
Middlebrooks [11]   1:2/7
1:14/6 1:15/19 1:16/12
1:16/21 1:18/7 1:20/14
1:20/24 1:23/21 1:24/1
1:26/7
mind [4]   1:20/8 1:24/4
1:24/5 1:24/7
minutes [1]   1:1/13
modern [1]   1:22/3
Monday [1]   1:6/23
money [1]   1:24/21
months [2]   1:10/3
1:13/23
more [3]   1:6/12 1:16/11
1:21/10
morning [4]   1:2/4 1:2/16
1:2/20 1:3/8

**M**

most [4]  1:11/17 1:17/11
  1:18/22 1:20/18
motion [32]
motions [4]  1:9/24
  1:10/1 1:10/3 1:14/16
move [8]  1:4/6 1:6/1
  1:6/13 1:11/9 1:11/15
  1:15/2 1:20/4 1:26/4
moved [1]  1:5/24
Mr. [14]  1:2/23 1:3/2
  1:3/13 1:4/1 1:7/12
  1:7/13 1:7/17 1:8/24
  1:9/17 1:11/3 1:11/8
  1:13/16 1:26/14 1:26/19
Mr. Kaufman [4]  1:3/13
  1:7/13 1:13/16 1:26/14
Mr. Watstein [7]  1:2/23
  1:4/1 1:7/12 1:8/24
  1:9/17 1:11/8 1:26/19
Mr. Watstein's [2]
  1:7/17 1:11/3
Mr. Zuniga [1]  1:3/2
much [3]  1:17/15 1:19/9
  1:23/13
multibillion [1]  1:13/13
multibillion-dollar [1]
  1:13/13
must [1]  1:15/6
my [18]  1:2/21 1:3/3
  1:3/6 1:7/8 1:11/17
  1:13/11 1:15/12 1:15/19
  1:15/25 1:16/12 1:16/12
  1:17/3 1:18/15 1:18/18
  1:18/21 1:18/22 1:22/4
  1:28/5

**N**

named [1]  1:12/19
nastiness [1]  1:24/11
nature [1]  1:8/12
necessary [2]  1:7/5
  1:25/23
need [18]  1:3/22 1:6/12
  1:15/15 1:17/2 1:17/12
  1:19/19 1:19/19 1:19/23
  1:19/24 1:20/15 1:20/18
  1:23/3 1:23/4 1:24/24
  1:25/11 1:25/11 1:27/2
  1:27/3
needless [1]  1:11/5
needs [2]  1:24/13
  1:26/22
neither [1]  1:28/10
networks [1]  1:13/2

never [2]  1:7/5 1:7/20
New [2]  1:21/23 1:21/25
next [2]  1:3/6 1:16/7
niche [1]  1:5/4
night [1]  1:25/6
no [24]  1:1/7 1:1/25
  1:3/15 1:5/20 1:6/24
  1:7/17 1:7/21 1:8/3
  1:8/22 1:9/15 1:10/16
  1:10/17 1:10/23 1:13/19
  1:16/2 1:16/2 1:17/12
  1:22/9 1:22/16 1:22/16
  1:24/10 1:26/16 1:26/21
  1:28/21
Northwest [1]  1:1/20
not [39]
Notably [1]  1:8/15
nothing [4]  1:6/23
  1:10/19 1:24/18 1:26/16
notice [7]  1:10/18
  1:17/19 1:19/3 1:19/9
  1:19/14 1:23/14 1:26/25
Notwithstanding [1]
  1:22/20
November [2]  1:1/11
  1:2/1
now [16]  1:4/14 1:6/24
  1:11/25 1:12/8 1:13/23
  1:14/2 1:14/5 1:14/11
  1:15/4 1:18/4 1:18/6
  1:18/14 1:19/2 1:19/12
  1:20/9 1:26/12
number [7]  1:2/6 1:5/9
  1:17/15 1:19/12 1:20/11
  1:20/12 1:22/7
Number 1 [3]  1:17/15
  1:19/12 1:20/11
Number 2 [1]  1:20/12

**O**

objecting [1]  1:23/15
objection [1]  1:13/19
objections [4]  1:22/17
  1:22/18 1:22/19 1:22/23
obligation [2]  1:7/17
  1:7/21
observing [1]  1:2/21
obtain [3]  1:7/25 1:8/1
  1:10/12
obtained [1]  1:5/13
obtaining [3]  1:21/5
  1:21/6 1:21/7
obtains [1]  1:12/15
occasions [1]  1:5/17
off [1]  1:12/21

offer [1]  1:26/23
office [3]  1:3/3 1:17/3
  1:17/18
official [3]  1:1/12
  1:1/25 1:28/6
Oh [1]  1:10/17
Okay [4]  1:4/9 1:12/10
  1:27/1 1:27/6
one [13]  1:2/12 1:3/3
  1:7/3 1:12/21 1:15/4
  1:15/14 1:16/18 1:17/12
  1:18/21 1:20/3 1:23/9
  1:24/9 1:25/15
one-gigabyte [1]  1:3/3
one-off [1]  1:12/21
only [7]  1:5/5 1:5/24
  1:6/18 1:12/5 1:12/6
  1:13/7 1:26/22
operator [2]  1:8/9
  1:9/10
operator's [1]  1:9/3
oppose [1]  1:21/19
opposed [1]  1:8/4
opposing [2]  1:8/19
  1:25/6
opt [1]  1:5/20
opt-in [1]  1:5/20
option [2]  1:17/22
  1:18/4
options [1]  1:17/15
order [16]  1:3/24 1:4/17
  1:14/9 1:17/4 1:17/7
  1:17/8 1:17/13 1:17/21
  1:19/4 1:19/20 1:25/23
  1:25/24 1:25/24 1:26/12
  1:26/23 1:27/3
ordered [1]  1:13/20
other [17]  1:8/1 1:9/5
  1:9/24 1:11/1 1:14/11
  1:15/14 1:16/2 1:16/3
  1:21/17 1:22/5 1:23/10
  1:23/14 1:23/15 1:23/16
  1:24/9 1:25/20 1:25/25
others [2]  1:2/8 1:15/10
otherwise [3]  1:12/7
  1:19/5 1:28/13
our [24]  1:5/3 1:5/15
  1:5/19 1:5/19 1:6/16
  1:7/1 1:7/11 1:7/20
  1:11/16 1:11/23 1:12/15
  1:13/1 1:13/5 1:13/5
  1:13/11 1:13/12 1:13/12
  1:13/18 1:19/19 1:20/17
  1:23/4 1:23/5 1:24/3
  1:24/22

**O**

out [12]   1:6/25 1:7/1
1:7/23 1:9/22 1:10/3
1:12/15 1:18/18 1:19/8
1:19/15 1:21/18 1:23/16
1:24/5
outcome [1]   1:28/13
over [6]   1:2/14 1:3/10
1:11/5 1:14/22 1:22/6
1:24/8
overbroad [1]   1:22/9
overlap [2]   1:11/3
1:12/14
overly [2]   1:24/9
1:24/10
own [3]   1:13/1 1:13/18
1:18/16
owned [2]   1:13/12
1:13/13
OZMER [1]   1:1/19

**P**

P.A [1]   1:1/16
page [4]   1:5/16 1:13/2
1:13/6 1:13/18
pages [3]   1:1/1 1:22/18
1:28/5
Palm [2]   1:1/10 1:18/25
pandemic [2]   1:16/6
1:19/15
papers [2]   1:14/3
1:19/11
paperwork [1]   1:19/8
Paradigm [2]   1:21/23
1:21/25
paralegals [1]   1:20/15
paraphrase [1]   1:22/12
part [1]   1:21/1
particularly [3]   1:10/5
1:11/25 1:12/20
parties [20]   1:3/14
1:3/16 1:3/23 1:4/3
1:4/5 1:8/14 1:11/2
1:14/3 1:14/23 1:15/6
1:15/9 1:15/21 1:16/22
1:17/22 1:18/4 1:18/8
1:18/12 1:18/17 1:19/2
1:28/11
parties' [1]   1:15/5
party [7]   1:5/14 1:5/21
1:8/5 1:10/9 1:12/7
1:15/7 1:20/3
past [2]   1:9/11 1:14/22
patterns [1]   1:9/11
paying [1]   1:13/5

Pence [3]   1:1/25 1:28/20
1:28/21
Pence-Aviles [3]   1:1/25
1:28/20 1:28/21
pending [3]   1:4/10
1:11/16 1:24/17
people [2]   1:5/5 1:13/6
perfunctory [2]   1:25/4
1:25/5
period [5]   1:4/15 1:6/10
1:9/25 1:11/14 1:14/6
permitted [1]   1:10/22
person [1]   1:5/15
personal [1]   1:21/15
personally [2]   1:18/13
1:23/20
phone [2]   1:5/9 1:21/16
picking [1]   1:21/16
Pierce [1]   1:18/24
place [1]   1:13/15
plaintiff [16]   1:1/6
1:1/15 1:2/15 1:2/17
1:3/13 1:4/7 1:4/25
1:6/20 1:7/25 1:8/4
1:10/6 1:10/19 1:11/1
1:12/19 1:19/4 1:26/14
plaintiff's [4]   1:5/9
1:5/9 1:6/20 1:9/16
playing [1]   1:24/23
plays [1]   1:9/22
plus [1]   1:7/3
point [8]   1:7/1 1:7/8
1:9/17 1:11/12 1:12/13
1:12/22 1:13/10 1:22/21
pointed [1]   1:12/15
points [1]   1:11/11
position [6]   1:3/20
1:5/19 1:10/12 1:12/21
1:16/15 1:16/16
possession [1]   1:13/25
possibly [1]   1:10/5
post [1]   1:16/6
post-pandemic [1]   1:16/6
potential [2]   1:4/10
1:12/24
potentially [3]   1:9/24
1:10/16 1:13/3
prefer [1]   1:11/13
prejudice [3]   1:10/6
1:10/22 1:19/5
prepare [1]   1:19/4
present [1]   1:18/13
presented [1]   1:6/20
preservation [5]   1:10/14

1:13/22
preserved [2]   1:10/13
1:13/10
pretrial [5]   1:4/18
1:16/12 1:17/1 1:17/8
1:17/20
pretty [1]   1:17/15
prevailed [1]   1:7/6
previously [1]   1:28/8
principle [1]   1:19/7
privilege [6]   1:23/2
1:23/3 1:23/5 1:23/6
1:23/7 1:23/7
probably [1]   1:10/10
problems [1]   1:26/9
procedures [1]   1:12/17
proceeding [1]   1:11/24
proceedings [3]   1:1/1
1:27/10 1:28/8
proceeds [1]   1:6/15
process [7]   1:7/24 1:8/1
1:21/3 1:21/13 1:24/15
1:26/4 1:26/9
produce [1]   1:23/13
producing [3]   1:22/21
1:22/25 1:23/9
product [1]   1:5/6
production [1]   1:22/24
productive [1]   1:7/19
professionalism [2]
1:21/12 1:22/8
proffer [1]   1:11/4
prolongation [1]   1:21/2
promoted [1]   1:10/24
promptly [1]   1:23/23
properly [1]   1:10/13
proportional [1]   1:24/17
proposal [3]   1:6/16
1:6/16 1:26/2
proposed [4]   1:5/25
1:6/8 1:9/20 1:12/4
proposing [3]   1:8/12
1:10/2 1:11/13
prospectively [1]   1:9/14
protocol [1]   1:25/24
proven [1]   1:7/8
provide [1]   1:6/5
provided [4]   1:5/18
1:6/22 1:9/10 1:28/6
providing [1]   1:5/11
provision [4]   1:5/22
1:6/2 1:9/3 1:11/20
provisions [1]   1:17/14
public [1]   1:14/19

**P**

publicly [1]   1:12/12
purposes [1]   1:16/24
put [2]   1:24/11 1:25/19
putative [3]   1:4/25
 1:8/2 1:8/25

**Q**

QIN [2]   1:1/21 1:2/21
question [4]   1:8/16
 1:8/17 1:11/19 1:11/21
quickly [5]   1:12/22
 1:23/17 1:23/25 1:24/12
 1:25/22

**R**

rage [1]   1:3/4
raise [4]   1:20/11 1:23/6
 1:26/15 1:26/19
rather [1]   1:16/4
reach [4]   1:18/18 1:19/2
 1:19/13 1:25/20
read [1]   1:21/21
ready [1]   1:12/8
real [2]   1:10/7 1:16/18
really [6]   1:9/20 1:9/20
 1:18/23 1:18/25 1:21/13
 1:24/14
reason [5]   1:5/24 1:7/7
 1:8/3 1:12/25 1:22/2
reasons [1]   1:14/14
rebuttal [1]   1:6/24
recall [1]   1:3/11
receive [3]   1:7/14
 1:8/20 1:10/18
received [1]   1:6/23
recent [1]   1:20/18
recognizing [1]   1:13/17
record [1]   1:13/9
recording [3]   1:1/12
 1:1/13 1:28/6
records [4]   1:10/12
 1:10/17 1:13/10 1:13/14
recourse [1]   1:10/16
refer [1]   1:17/9
regard [3]   1:8/5 1:8/13
 1:11/1
regarding [1]   1:3/19
regardless [1]   1:6/4
related [2]   1:22/13
 1:28/11
relevant [2]   1:23/13
 1:24/17
remote [1]   1:5/10
reply [1]   1:12/15

Reporter [2]   1:1/25
 1:28/21
representative [2]
 1:8/21 1:8/23
represents [2]   1:22/4
 1:22/5
request [10]   1:13/6
 1:14/14 1:15/24 1:17/19
 1:18/4 1:18/12 1:19/24
 1:19/25 1:21/19 1:22/24
requesting [3]   1:5/11
 1:5/16 1:19/10
requests [5]   1:13/8
 1:22/9 1:22/10 1:22/12
 1:22/22
require [3]   1:9/18
 1:17/11 1:21/15
required [3]   1:19/3
 1:19/4 1:19/8
requirements [1]   1:17/14
requires [1]   1:14/14
researched [1]   1:14/20
resolve [2]   1:6/6
 1:12/19
resolved [1]   1:12/18
resolves [1]   1:6/14
respective [1]   1:24/3
respond [2]   1:7/17
 1:11/9
responding [4]   1:22/23
 1:23/8 1:25/16 1:25/17
response [3]   1:4/12
 1:6/21 1:6/23
responses [3]   1:22/16
 1:22/23 1:23/22
rest [1]   1:15/12
restrictive [1]   1:24/10
result [2]   1:11/6
 1:24/24
retain [2]   1:19/22
 1:19/25
retained [2]   1:20/3
 1:20/6
return [1]   1:13/22
review [3]   1:21/21
 1:21/22 1:21/24
RFP [2]   1:22/24 1:23/10
right [18]   1:2/4 1:2/10
 1:2/18 1:2/23 1:3/7
 1:3/22 1:4/1 1:4/9
 1:6/24 1:7/12 1:11/8
 1:11/23 1:14/1 1:14/5
 1:19/3 1:19/13 1:19/21
 1:26/18
risk [2]   1:10/6 1:10/13

risks [1]   1:3/6
RMR [2]   1:1/25 1:28/21
ROBERT [1]   1:1/17
rolled [2]   1:6/25 1:7/23
router [1]   1:3/6
routinely [2]   1:17/25
 1:18/20
row [1]   1:23/19
rule [6]   1:14/13 1:17/11
 1:17/13 1:23/4 1:23/5
 1:24/16
rules [6]   1:20/12
 1:20/13 1:20/14 1:20/16
 1:20/21 1:25/25
ruling [4]   1:21/6 1:21/7
 1:23/24 1:26/24
run [3]   1:10/12 1:25/13
 1:25/14
RYAN [2]   1:1/21 1:2/21

**S**

said [3]   1:11/22 1:14/5
 1:26/12
Samana [1]   1:1/16
same [3]   1:5/15 1:8/25
 1:11/15
sanctions [1]   1:24/12
say [5]   1:9/8 1:20/23
 1:22/12 1:23/10 1:26/6
saying [4]   1:7/16 1:8/24
 1:10/4 1:21/18
says [5]   1:8/19 1:10/17
 1:22/20 1:23/11 1:25/5
scant [1]   1:7/23
schedule [1]   1:15/25
schedules [1]   1:24/3
scheduling [7]   1:2/10
 1:2/14 1:3/24 1:15/5
 1:15/11 1:16/16 1:17/20
scorched [1]   1:24/11
seal [7]   1:14/16 1:14/18
 1:14/21 1:14/23 1:14/24
 1:15/1 1:15/2
sealing [3]   1:14/12
 1:14/12 1:14/15
sealings [1]   1:14/25
search [1]   1:21/25
second [1]   1:19/22
Secondly [1]   1:20/23
see [11]   1:9/9 1:9/15
 1:9/21 1:18/18 1:20/10
 1:21/13 1:22/10 1:22/22
 1:25/9 1:26/9 1:26/23
seek [1]   1:8/3
seeking [1]   1:4/22

**S**

seem [1]   1:26/10
seems [1]   1:14/22
seen [2]   1:9/11 1:22/17
select [3]   1:17/16
 1:17/24 1:18/1
selects [1]   1:18/3
send [2]   1:10/14 1:13/22
sent [3]   1:3/4 1:15/22
 1:16/24
separate [2]   1:5/17
 1:20/5
series [3]   1:8/11 1:8/11
 1:10/2
serve [2]   1:13/16
 1:23/14
set [17]   1:4/14 1:10/1
 1:10/3 1:11/14 1:14/17
 1:15/19 1:15/23 1:15/25
 1:16/1 1:16/3 1:16/7
 1:16/8 1:16/24 1:18/7
 1:18/10 1:23/23 1:23/23
setting [1]   1:4/14
settle [1]   1:19/21
settled [2]   1:7/6
 1:19/20
settlement [19]   1:17/6
 1:17/9 1:18/5 1:18/8
 1:18/10 1:18/16 1:18/17
 1:19/2 1:19/3 1:19/5
 1:19/7 1:19/9 1:19/12
 1:19/13 1:19/23 1:20/1
 1:20/4 1:20/7 1:21/8
seven [1]   1:10/3
several [1]   1:14/22
she [2]   1:5/1 1:8/21
she's [1]   1:8/23
should [1]   1:20/23
showing [3]   1:7/24
 1:9/16 1:10/23
side [15]   1:10/6 1:15/14
 1:15/15 1:16/19 1:21/5
 1:23/9 1:23/11 1:23/15
 1:23/16 1:23/17 1:24/9
 1:24/9 1:25/15 1:25/20
 1:26/1
sides [8]   1:15/24
 1:16/18 1:16/25 1:24/15
 1:24/16 1:24/16 1:24/22
 1:24/23
sign [1]   1:16/23
silly [1]   1:24/7
similar [1]   1:20/24
similarly [1]   1:2/8
simple [2]   1:16/18

simply [3]   1:18/2
 1:18/18 1:25/15
since [1]   1:18/22
single [2]   1:7/2 1:8/25
sitting [1]   1:3/6
situated [1]   1:2/8
situation [3]   1:18/16
 1:25/13 1:25/14
six [1]   1:13/22
slash [2]   1:2/7 1:4/24
slow [3]   1:6/11 1:7/10
 1:9/19
smoothly [1]   1:26/5
so [48]
solely [1]   1:6/17
some [12]   1:2/12 1:12/23
 1:14/22 1:15/17 1:20/8
 1:22/4 1:22/7 1:22/19
 1:22/21 1:24/1 1:24/2
 1:24/2
somehow [1]   1:12/19
someone [2]   1:3/16
 1:3/21
something [5]   1:14/19
 1:22/12 1:22/21 1:23/2
 1:25/5
sometimes [4]   1:12/8
 1:17/22 1:21/14 1:22/17
sophisticated [1]
 1:13/13
sound [2]   1:1/12 1:28/6
sounds [2]   1:3/7 1:3/8
sources [2]   1:12/16
 1:12/16
SOUTHERN [2]   1:1/3
 1:28/7
specially [3]   1:15/19
 1:16/1 1:16/3
specific [6]   1:5/6 1:5/6
 1:22/10 1:22/22 1:22/22
 1:22/22
specifically [3]   1:18/12
 1:19/24 1:23/3
spoken [1]   1:22/5
staff [1]   1:20/15
stage [1]   1:10/23
start [2]   1:3/10 1:7/16
state [4]   1:19/9 1:22/24
 1:22/25 1:23/3
stated [1]   1:28/8
statement [1]   1:22/19
STATES [2]   1:1/2 1:18/5
status [2]   1:15/23
 1:16/24

stay [1]   1:16/20
stickler [1]   1:20/14
still [3]   1:5/23 1:19/7
 1:19/8
stipulation [1]   1:19/11
stonewalling [1]   1:25/15
stop [1]   1:24/12
straightforward [1]
 1:5/19
Street [1]   1:1/20
submission [1]   1:3/18
submissions [1]   1:10/11
submitted [3]   1:5/8
 1:5/15 1:26/23
subpoena [1]   1:13/22
subpoenas [1]   1:13/17
substantial [1]   1:14/14
such [3]   1:14/17 1:19/11
 1:20/2
sufficient [2]   1:15/1
 1:21/20
Suite [1]   1:1/20
summary [6]   1:4/24
 1:6/13 1:7/6 1:9/23
 1:20/20 1:21/6
Sunday [1]   1:28/16
support [1]   1:14/14
supported [1]   1:15/2
sure [16]   1:3/23 1:4/23
 1:7/15 1:8/18 1:11/10
 1:14/19 1:15/2 1:19/15
 1:20/2 1:20/18 1:23/19
 1:23/19 1:24/14 1:24/22
 1:25/13 1:26/10
surest [1]   1:20/20

**T**

take [5]   1:10/22 1:14/2
 1:14/2 1:14/10 1:27/1
taken [3]   1:3/20 1:28/8
 1:28/12
takes [1]   1:12/8
taking [1]   1:3/5
talk [3]   1:14/11 1:17/6
 1:17/16
talks [4]   1:9/18 1:22/2
 1:22/7 1:22/9
targeted [1]   1:22/10
TCPA [4]   1:4/9 1:5/1
 1:7/2 1:10/19
teleconference [1]
 1:2/11
tell [6]   1:15/11 1:15/17
 1:16/3 1:20/13 1:23/18
 1:26/6

**T**

**ten [1]**   1:22/3
**terms [2]**   1:5/23 1:12/7
**texts [2]**   1:7/14 1:8/20
**than [6]**   1:6/12 1:8/14
  1:16/4 1:16/11 1:17/12
  1:21/11
**Thank [8]**   1:3/25 1:7/12
  1:26/17 1:26/18 1:27/5
  1:27/6 1:27/8 1:27/9
**that [138]**
**that's [30]**
**their [4]**   1:11/19
  1:12/21 1:15/24 1:18/2
**theirs [1]**   1:10/15
**them [6]**   1:3/21 1:5/23
  1:7/19 1:18/23 1:25/16
  1:25/16
**then [12]**   1:6/13 1:6/14
  1:6/15 1:8/23 1:11/14
  1:15/22 1:15/25 1:16/24
  1:18/2 1:20/2 1:23/15
  1:24/24
**there [12]**   1:4/12 1:5/8
  1:5/19 1:5/20 1:5/21
  1:10/9 1:10/21 1:11/4
  1:12/23 1:13/2 1:14/4
  1:19/9
**there's [21]**   1:4/10
  1:8/3 1:8/10 1:8/22
  1:8/25 1:9/25 1:10/16
  1:10/19 1:10/23 1:10/25
  1:11/3 1:11/19 1:12/14
  1:12/23 1:13/14 1:16/2
  1:17/17 1:20/10 1:24/10
  1:24/11 1:27/2
**these [9]**   1:7/14 1:8/20
  1:9/15 1:10/20 1:12/23
  1:13/11 1:15/4 1:15/11
  1:24/1
**they [14]**   1:3/20 1:5/5
  1:7/24 1:8/1 1:8/3 1:9/8
  1:9/8 1:10/17 1:15/5
  1:15/10 1:18/4 1:20/16
  1:20/19 1:24/23
**they're [9]**   1:5/4 1:8/12
  1:10/13 1:10/15 1:13/14
  1:18/24 1:25/15 1:25/17
  1:25/17
**they've [2]**   1:9/10
  1:9/15
**thing [5]**   1:12/5 1:12/6
  1:19/18 1:19/22 1:26/22
**things [9]**   1:12/9
  1:14/11 1:19/12 1:20/8

**things** (continued)   1:20/9
  1:21/10 1:22/7
**think [3]**   1:2/24 1:15/12
  1:23/11
**third [8]**   1:5/14 1:5/21
  1:8/5 1:8/14 1:10/9
  1:11/2 1:12/7 1:18/4
**third-party [2]**   1:5/14
  1:8/5
**this [47]**
**thorough [1]**   1:14/20
**those [9]**   1:9/3 1:12/16
  1:13/25 1:17/25 1:18/11
  1:20/8 1:22/14 1:26/11
  1:26/25
**though [1]**   1:23/18
**three [4]**   1:5/17 1:10/2
  1:17/15 1:25/18
**through [1]**   1:5/21
**throughout [1]**   1:26/8
**time [13]**   1:3/15 1:7/8
  1:7/8 1:11/15 1:12/9
  1:15/20 1:16/4 1:18/9
  1:18/22 1:19/10 1:24/21
  1:24/22 1:28/8
**timely [2]**   1:3/23
  1:17/20
**times [1]**   1:25/18
**today [5]**   1:2/13 1:2/25
  1:3/5 1:3/5 1:4/13
**told [1]**   1:16/11
**too [2]**   1:15/14 1:23/12
**totally [2]**   1:3/4
  1:16/14
**touched [1]**   1:22/8
**traded [1]**   1:12/12
**traffic [1]**   1:13/5
**trailing [1]**   1:16/2
**Transcribed [1]**   1:1/25
**TRANSCRIBER [1]**   1:28/3
**transcript [2]**   1:1/12
  1:28/5
**trial [19]**   1:4/11 1:4/14
  1:4/15 1:4/20 1:10/3
  1:14/5 1:15/19 1:15/24
  1:16/1 1:16/4 1:16/12
  1:16/20 1:17/1 1:17/12
  1:17/13 1:18/7 1:18/14
  1:18/15 1:21/5
**trials [5]**   1:16/6 1:16/7
  1:16/8 1:19/17 1:19/17
**tried [3]**   1:2/11 1:25/10
  1:25/20
**trifurcation [3]**   1:9/20
  1:11/6 1:11/12

**trigger [1]**   1:17/13
**true [3]**   1:12/20 1:12/21
  1:28/4
**try [4]**   1:11/11 1:21/17
  1:23/23 1:23/24
**turn [1]**   1:20/10
**two [4]**   1:4/15 1:14/6
  1:15/18 1:25/18
**two-week [3]**   1:4/15
  1:14/6 1:15/18
**type [1]**   1:8/25
**types [1]**   1:20/20
**typically [4]**   1:16/11
  1:17/25 1:18/11 1:23/22

**U**

**U.S [2]**   1:28/7 1:28/21
**uncertain [1]**   1:8/11
**unclear [2]**   1:3/18
  1:10/10
**under [9]**   1:2/24 1:3/24
  1:7/21 1:14/2 1:17/20
  1:23/4 1:24/16 1:24/16
  1:25/24
**underscores [1]**   1:11/4
**understand [2]**   1:8/24
  1:10/5
**understanding [1]**
  1:13/11
**Understood [1]**   1:3/25
**UNITED [2]**   1:1/2 1:18/5
**University [2]**   1:21/22
  1:21/24
**unless [2]**   1:3/16
  1:18/12
**unnecessary [1]**   1:24/18
**unsurprising [1]**   1:5/7
**up [10]**   1:3/9 1:16/14
  1:18/20 1:20/16 1:21/16
  1:21/18 1:22/2 1:24/20
  1:24/21 1:24/22
**upon [1]**   1:17/18
**us [3]**   1:9/12 1:19/13
  1:19/21
**used [2]**   1:7/24 1:8/1

**V**

**vacate [2]**   1:4/11 1:4/20
**vague [1]**   1:22/16
**validity [1]**   1:8/6
**vendor [2]**   1:10/15
  1:10/17
**verdict [1]**   1:21/5
**version [1]**   1:20/18
**versus [2]**   1:2/8 1:8/7
**very [20]**   1:4/24 1:5/4

**V**

**very...** [18]   1:5/6 1:5/6
  1:5/19 1:6/10 1:11/11
  1:14/17 1:14/24 1:19/14
  1:20/24 1:20/25 1:23/9
  1:23/17 1:23/24 1:23/24
  1:24/12 1:25/22 1:26/7
  1:26/7
**via** [1]   1:2/11
**video** [1]   1:2/11
**videoconference** [2]
  1:18/12 1:18/23
**view** [1]   1:14/19
**views** [3]   1:20/25 1:22/4
  1:22/5
**violative** [1]   1:10/16
**VIRGINIA** [2]   1:1/5 1:2/7
**voir** [1]   1:16/10

**W**

**waiting** [3]   1:5/23
  1:12/5 1:12/6
**waived** [1]   1:11/23
**waiver** [1]   1:23/7
**want** [29]
**wants** [6]   1:10/15
  1:13/16 1:15/14 1:20/4
  1:23/17 1:26/23
**was** [15]   1:2/12 1:2/13
  1:3/2 1:3/2 1:3/11
  1:4/12 1:5/1 1:5/7 1:5/8
  1:5/20 1:5/21 1:7/25
  1:10/9 1:13/5 1:28/12
**wasn't** [1]   1:3/5
**wasteful** [2]   1:24/18
  1:24/20
**wasting** [3]   1:24/20
  1:24/21 1:24/22
**WATSTEIN** [9]   1:1/21
  1:2/21 1:2/23 1:4/1
  1:7/12 1:8/24 1:9/17
  1:11/8 1:26/19
**Watstein's** [2]   1:7/17
  1:11/3
**way** [11]   1:6/19 1:7/4
  1:7/20 1:10/4 1:12/22
  1:13/7 1:15/11 1:16/18
  1:18/6 1:20/20 1:22/13
**we** [85]
**we'd** [4]   1:6/13 1:11/24
  1:12/7 1:26/24
**we'll** [5]   1:3/10 1:9/23
  1:11/9 1:23/17 1:26/2
**we're** [14]   1:5/23 1:6/18
  1:9/8 1:10/12 1:10/22

  1:11/11 1:12/5 1:12/6
  1:13/24 1:14/24 1:19/17
  1:21/19 1:22/20 1:24/6
**we've** [11]   1:5/25 1:6/4
  1:6/19 1:6/22 1:6/23
  1:6/24 1:7/5 1:9/5
  1:9/11 1:11/22 1:12/4
**web** [3]   1:9/6 1:9/9
  1:13/6
**website** [6]   1:8/6 1:8/10
  1:9/2 1:9/9 1:20/17
  1:21/24
**Wednesday** [2]   1:1/11
  1:2/1
**week** [3]   1:4/15 1:14/6
  1:15/18
**weeks** [1]   1:13/21
**well** [9]   1:2/22 1:3/7
  1:3/22 1:14/20 1:15/2
  1:19/16 1:23/11 1:25/5
  1:25/8
**well-researched** [1]
  1:14/20
**well-supported** [1]
  1:15/2
**were** [3]   1:3/8 1:13/11
  1:26/23
**West** [3]   1:1/10 1:18/24
  1:18/25
**Westlaw** [1]   1:22/1
**what** [30]
**what's** [4]   1:8/7 1:8/7
  1:24/3 1:24/17
**whatever** [6]   1:7/6
  1:19/5 1:21/5 1:23/17
  1:24/12 1:24/24
**whatsoever** [1]   1:7/24
**when** [13]   1:5/7 1:8/12
  1:9/8 1:9/15 1:10/6
  1:10/17 1:11/18 1:12/1
  1:12/1 1:13/2 1:15/21
  1:22/25 1:23/6
**where** [10]   1:3/11 1:8/6
  1:13/6 1:15/9 1:15/10
  1:21/13 1:24/20 1:25/9
  1:25/14 1:26/9
**whereas** [1]   1:20/6
**whether** [7]   1:3/19
  1:3/19 1:9/3 1:10/8
  1:10/9 1:18/24 1:23/21
**which** [14]   1:4/18 1:4/25
  1:5/6 1:5/17 1:5/24
  1:5/25 1:6/6 1:6/19
  1:7/3 1:11/19 1:12/22
  1:13/8 1:13/20 1:28/12

**while** [1]   1:26/13
**who** [7]   1:2/15 1:2/18
  1:5/5 1:10/11 1:15/15
  1:15/15 1:24/8
**who's** [2]   1:18/21
  1:18/21
**why** [4]   1:5/24 1:5/25
  1:12/25 1:23/1
**Wi** [1]   1:3/6
**Wi-Fi** [1]   1:3/6
**wide** [1]   1:9/13
**will** [31]
**William** [1]   1:1/4
**willing** [1]   1:18/21
**wish** [4]   1:15/5 1:16/22
  1:17/23 1:18/5
**withhold** [1]   1:15/7
**withholding** [2]   1:22/25
  1:23/2
**without** [5]   1:5/1 1:5/3
  1:7/23 1:15/7 1:15/8
**won** [1]   1:10/20
**won't** [6]   1:9/18 1:9/19
  1:10/4 1:11/22 1:13/24
  1:25/13
**work** [5]   1:15/12 1:21/17
  1:22/21 1:23/16 1:24/5
**working** [1]   1:19/20
**works** [3]   1:16/18 1:18/6
  1:19/1
**would** [9]   1:4/4 1:6/1
  1:6/6 1:11/5 1:11/10
  1:11/13 1:13/15 1:13/19
  1:26/22
**wouldn't** [2]   1:6/11
  1:6/16
**written** [3]   1:5/11
  1:5/18 1:14/9

**Y**

**Yeah** [2]   1:3/1 1:3/1
**year** [2]   1:16/7 1:16/7
**years** [7]   1:14/22 1:22/6
  1:23/10 1:23/11 1:23/12
  1:23/14 1:23/15
**yesterday** [2]   1:2/12
  1:3/11
**yet** [1]   1:5/25
**you** [118]
**you're** [6]   1:21/5
  1:22/25 1:23/2 1:23/15
  1:25/16 1:25/16
**you've** [2]   1:25/10
  1:25/20
**you-all** [2]   1:20/2

**Y**

you-all... **[1]**   1:27/6
your **[42]**
Your Honor **[6]**   1:3/25
 1:4/23 1:7/15 1:8/15
 1:8/22 1:26/16
yours **[1]**   1:16/14
yourselves **[1]**   1:17/16

**Z**

Zoom **[3]**   1:2/11 1:18/11
 1:18/23
Zuniga **[1]**   1:3/2