UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cv-81427-MATTHEWMAN

VIRGINIA JOHNSON, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

MEDIGAP LIFE, LLC,

    Defendant.
_____/

FILED BY ___SW___ D.C.
Jan 31, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal ("Stipulation") [DE 44], in which the parties represent that they "stipulate to dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims." [DE 44 at 1]. The Court has carefully considered the Stipulation [DE 44] and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to any other member of the putative class's right to bring claims;

2. All pending motions are **DENIED AS MOOT**; and

3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of January, 2023.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge