**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:22-cv-81427- Matthewman**

VIRGINIA JOHNSON, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

MEDIGAP LIFE, LLC,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(d)(3)(B), Nathan D. Chapman, of Kabat Chapman & Ozmer LLP, hereby moves to withdraw as counsel of record for Defendant Medigap Life, LLC ("Medigap" or "Defendant"). Medigap will continue to be represented in this matter by Ryan D. Watstein of Watstein Terepka LLP. Medigap has received notice of and consented to the filing of this motion to withdraw.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant leave to withdraw his Appearance in the above-captioned case.

Dated: June 8, 2023

Respectfully submitted,

KABAT CHAPMAN & OZMER LLP

*/s/ Nathan D. Chapman*
Nathan D. Chapman
Florida Bar No. 028873
nchapman@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel.: (404) 400-7300
Fax: (404) 400-7333

*Counsel for Defendant Medigap Life, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Nathan D. Chapman*
Nathan D. Chapman